**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs* COLLEEN MANGHANE and ROBERT MANGHANE

SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT, JR. (SBN 305701)
esouthcott@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile
Attorneys for Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON D. DICUS

Alexander F. Giovanniello (CSB # 125562)
Joseph M. Lorant (CSB# 327731)
**GIOVANNIELLO LAW GROUP**
Six Pointe Drive, Suite 520
Brea, California 92821
Ph: (714) 364-4000
Fax: (714) 364-4001
Attorneys for Defendant:
DESERT VALLEY HOSPITAL, LLC dba
DESERT VALLEY HOSPITAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00140-WLH-SHK<br><br>*Hon. District Judge Wesley L. Hsu*<br>*Hon. Mag. Judge Shashi H. Kewalramani*<br><br>**STIPULATION TO AMEND THE COMPLAINT** |

1

STIPULATION TO AMEND THE COMPLAINT　　　　5:25-cv-00140-WLH-SHK

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By and through their counsel of record in this action, with respect to Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE, and Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON D. DICUS ("the County Defendants") and DESERT VALLEY HOSPITAL ("Desert Valley Hospital"), hereby stipulate for the Manghane Plaintiffs to file a First Amended Complaint for Damages ("FAC"), by August 29, 2025, for the following GOOD CAUSE:

WHEREAS, on July 29, 2025, the Court consolidated the Manghane case with the James case. (Doc. 58).

WHEREAS, the County Defendants and Desert Valley previously filed motions to dismiss the James Plaintiffs' Second Amended Complaint which are currently under submission;

WHEREAS the order on the Motions pertaining to the James Plaintiffs may impact how the parties respond to the Manghane Plaintiffs' Complaint as similar allegations are contained within the Manghane Complaint and the parties would like to conform the Manghane complaint to be consistent with the Court's rulings on the James Plaintiffs' Second Amended Complaint;

WHEREAS, the County Defendants time to respond to the Manghane Plaintiffs' Complaint is August 22, 2025;

WHEREAS, prior to consolidation of cases, Desert Valley Hospital filed and served a Motion to Dismiss the Manghane Plaintiffs' Complaint on July 18, 2025, which became vacated when the cases consolidated; and

WHEREAS, the Manghane Plaintiffs and Desert Valley Hospital desire to further meet and confer on the issues referenced in the vacated Motion to Dismiss, which included allowing Plaintiffs to amend the Complaint, if such is deemed necessary, and entered a separate stipulation to that effect.

WHEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING:

1. The undersigned Parties request an order from the Court to allow the Manghane Plaintiffs to file their First Amended Complaint by August 29, 2025.

2. Responsive pleading or motions by the County Defendants and Desert Valley Hospital will be due twenty-one days after the First Amended Complaint is filed and served.

3. If the Manghane Plaintiffs fail to file their First Amended Complaint by August 29, 2025, responses by County and Desert Valley Hospital to the original Complaint will be due September 1, 2025.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

DATED: August 21, 2025    **LAW OFFICES OF DALE K. GALIPO**

/s/    *Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiffs,* MANGHANES

DATED: August 21, 2025    **GIOVANNIELLO LAW GROUP**

/s/    *Joseph M. Lorant*
Alexander F. Giovanniello
Joseph M. Lorant
*Attorneys for Defendant,* DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL

DATED: August 21, 2025    **LYNBERG & WATKINS**
A Professional Corporation

/s/ *Shannon L. Gustafson*
Shannon L. Gustafson
Edward J. Southcott, Jr.
*Attorneys for Defendants,* COUNTY OF SAN BERNARDINO and SHERIFF SHANNON D. DICUS