# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25−cv−00140−WLH−SHK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/29/2025

Document No.:   61

Title of Document:   First Amended Complaint

**ERROR(S) WITH DOCUMENT:**

The Second Complaint was filed on 5/29/25. Any filling of Third Amended Complaint requires a Judge's Order. Also, the complaint, doc no. [61], filed has an incorrect caption as First Amended Complaint.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 31, 2025          By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS