UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-00140-WLH-SHK | Date | September 11, 2025 |
|---|---|---|---|
| Title | *Arthur James et al v. County of San Bernardino et al* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Holidae Crawford | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER RE OPERATIVE COMPLAINT IN CONSOLIDATED ACTION**

The Court is in receipt of the amended Complaint[1] filed by Plaintiffs Robert Manghane and Colleen Manghane (the "Manghane Plaintiffs") in this consolidated[2] action and the Stipulation to Amend Amended Complaint entered into by Defendants and the Manghane Plaintiffs.  (FAC, Docket No. 61; Stipulation, Docket No. 59).  The Clerk of the Court deemed the FAC filing deficient in its Notice to the Manghane Plaintiffs on August 31, 2025.  (Notice, Docket No. 62).

The Second Amended Complaint ("SAC") (Docket No. 35) filed by Plaintiffs Arthur James and Stacey M. Abbott on May 29, 2025, remains the operative complaint in this now-consolidated action.  In its August 22, 2025, Order, the Court dismissed portions of the SAC with prejudice.  (*See* MTD Order, Docket No. 60).  Any further amendments

---

[1] This complaint, styled as First Amended Complaint, was an amendment to the initial complaint in related Case No. 5:25-cv-01107-WLH-SHK.
[2] The Court granted the parties' Stipulation to Consolidate Related Cases on July 29, 2025, adding the Manghane Plaintiffs to the instant action brought by Plaintiffs Arthur James and Stacey M. Abbott.  (*See* Consolidation Order, Docket No 58).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

to the operative complaint must be consolidated across Plaintiffs and in accordance with this Court's rulings on dismissal.

For these reasons, the Court **ORDERS** the Manghane Plaintiffs' amended Complaint at Docket No. 61 and Defendant County of San Bernardino's Answer at Docket No. 64 stricken. The four Plaintiffs are **ORDERED** to file a Consolidated Complaint containing all claims against Defendants—consistent with the Court's MTD Order—within 28 days of this Order. The Consolidated Complaint shall be the operative complaint in this consolidated action. Defendants shall have 21 days thereafter to answer.

**IT IS SO ORDERED.**