**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,*
Colleen Manghane and Robert Manghane

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00140-WLH-SHK<br><br>*Consolidated with*:<br>Case 5:25-cv-01107-JGB-DTB<br><br>Assigned to:<br>District Judge Wesley L. Hsu<br>Magistrate Judge Shashi H. Kewalramani<br><br>**REQUEST FOR LEAVE OF COURT FOR THE MANGHANE PLAINTIFFS' ATTORNEY MARCEL F. SINCICH TO APPEAR REMOTELY AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Date:     October 10, 2025<br>Time:    1:00 p.m.<br>Crtrm:   9B |

-1-

**TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Colleen Manghane and Robert Manghane, by and through their attorneys of record, hereby respectfully an order permitting their counsel Marcel F. Sincich to appear remotely on their behalf in lieu of lead trial counsel, Dale K. Galipo, at the Scheduling Conference on October 10, 2025. Plaintiffs acknowledge that the Court's Order Setting Scheduling Conference (Dkt. 65) requires that each party be represented at the Case Management Conference by lead trial counsel. However, Plaintiffs submit that good cause exists to allow Mr. Sincich to appear remotely in place of Mr. Galipo at the Scheduling Conference because Mr. Galipo is scheduled to take the depositions of two defendant officers in the matter of *Daisy Alvarez v. City of Pasadena*, Central District Case No. 2:25-cv-02490-MWF-PVC on October 10, 2025 beginning at 10:00 a.m. The defendant officers used deadly force against the decedent in the subject incident, causing his death, making the depositions critical to the plaintiff's case.

Further, Mr. Sincich is familiar with the facts and issues in *this* case, as well as the contents of the parties' Joint Rule 26 Report (Dkt. 67). Mr. Sincich participated in the Rule 26 conference between all counsel, drafted the parties' Rule 26 Report, and is well-prepared to represent the Manghane Plaintiffs at the Scheduling Conference. Mr. Sincich will also be handling the law and motion for the Manghane Plaintiffs in this case and will be second-chairing the trial in this matter with Mr. Galipo. Lastly, Plaintiffs request that Mr. Sincich be permitted to appear remotely via Zoom or telephonically, as Mr. Sincich resides out of state.

/ / /

/ / /

For these reasons, Plaintiffs respectfully request that the Court issue an order permitting Mr. Sincich to appear remotely at the Scheduling Conference on October 10, 2025 in lieu of lead trial counsel Mr. Galipo.

DATED: October 3, 2025          LAW OFFICES OF DALE K. GALIPO

                                By: *s/ Marcel F. Sincich*
                                Dale K. Galipo
                                Marcel F. Sincich
                                Attorney for Plaintiffs,
                                Colleen Manghane and Robert Manghane