# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:25-cv-00140-WLH-SHK<br><br>*Consolidated with*:<br>Case 5:25-cv-01107-JGB-DTB<br><br>Assigned to:<br>District Judge Wesley L. Hsu<br>Magistrate Judge Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER RE: REQUEST FOR PLAINTIFFS' ATTORNEY MARCEL F. SINCICH TO APPEAR REMOTELY AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL**<br><br>Date:　　October 10, 2025<br>Time:　　1:00 p.m.<br>Crtrm:　　9B |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Request for Leave of Court for the Manghane Plaintiffs' Attorney Marcel F. Sincich to Appear Remotely at the Scheduling Conference in Lieu of Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Marcel F. Sincich may appear remotely remotely at the Scheduling Conference on October 10, 2025 in lieu of lead trial counsel Dale K. Galipo.

IT IS SO ORDERED.

DATED: _____

                                        Honorable Judge Wesley L. Hsu
                                        United States District Court