SHANNON L. GUSTAFSON (SBN 228856)
LYNBERG & WATKINS
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; AND ROBERT MANGHANE<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO, et al<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25-cv-00140-WLH(SHK)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
|---|---|

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Karla Fonseca (Lynberg & Watkins)___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: October 23, 2025              /s/ Marcel Sincich
                                     Attorney For Plaintiff  Colleen & Robert Manghane

Dated: October 28, 2025              /s/ Andrew Talebi
                                     Attorney For Plaintiff  Arthur James & Stacey Abbott

Dated: October 21, 2025              /s/ Shannon L. Gustafson
                                     Attorney For Defendant  County of San Bernardino, et al

Dated: _____                _____
                                     Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)           **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**