**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | MASTER CASE NO. 5:25-cv-00140 WLH(SHK)<br><br>*Consolidated with 5:25-cv-01107-JGB (DTB)*<br><br>*Assigned for All Purposes to Honorable Wesley L. Hsu*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SAN BERNARDINO'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Date: December 5, 2025<br>Time: 1:30 p.m.<br>Crtrm.: 9B<br><br>*Case No. 5:25-cv-00140-WLH (SHK)*<br>*Complaint Filed:   01/17/25*<br>*FAC Filed:            03/20/25*<br>*SAC Filed:            05/29/25*<br><br>*Case No. 5:25-cv-01107-JGB (DTB)*<br>*Complaint Filed:   05/07/25*<br>*FAC Filed:            08/29/25*<br><br>*Trial Date: None Set* |

**[PROPOSED] ORDER**

Defendants COUNTY OF SAN BERNARDINO'S ("Defendant") Motion to Dismiss Plaintiffs' Consolidated Complaint ("Motion") came on for hearing before this Court on November 28, 2025. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendants' Motion is GRANTED.

The Court hereby orders the following be dismissed from Plaintiffs' Consolidated Complaint:

1. Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE are dismissed as successor-in-interest in their Third, Fourth, and Fifth Claims for Municipal Liability (42 U.S.C. § 1983) against the County for lack of standing because biological parents', Plaintiffs ARTHUR JAMES and STACEY M. ABBOTT, parental rights were not severed. *See* Fed. R. Civ. P. 12(b)(6).

2. Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE are dismissed in their Eighth Claim for Violation of Bane Act (Cal. Civ. § 52.1) against County vicariously for lack of standing because biological parents', Plaintiffs ARTHUR JAMES and STACEY M. ABBOTT, parental rights were not severed. *See* Fed. R. Civ. P. 12(b)(6).

3. Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE are dismissed as successors-in-interest in their Seventh Claim for Negligence for lack of standing because biological parents', Plaintiffs ARTHUR JAMES and STACEY M. ABBOTT, parental rights were not severed. *See* Fed. R. Civ. P. 12(b)(6) and 12(f).

4. Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE are dismissed in their Second Claim for Denial of Familial Relationship because of lack of standing. *See* Fed. R. Civ. P. 12(b)(6).

5. Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE are dismissed from wrongful death claim in Sixth Claim for Battery and Seventh Claim

for Negligence. *See* Fed. R. Civ. P. 12(b)(6).

6. Defendant County of San Bernardino are dismissed from Sixth, Seventh, and Eighth Claims based on immunity of governmental code § 856.2. *see* Cal. Gov. Code § 856.2, Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED**.

DATED:

                           **HON. WESLEY L. HSU**
                           United States District Court Judge