**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

Kaveh Navab, Esq. (SBN: 280235)
navablaw@gmail.com
**NAVAB LAW, APC**
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone: 310-826-1002

**WEST COAST TRIAL LAWYERS, APLC**
Neama Rahmani, Esq. (SBN 223819)
Houman Sayaghi, Esq. (SBN 313695)
1147 South Hope Street
Los Angeles, California 90015
Tel: (213) 927-3700

*Attorneys for Plaintiffs*,
ARTHUR JAMES and STACEY M. ABBOTT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOT; COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00140-WLH(SHK)<br>[*Honorable Wesley L. Hsu*]<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

**TO THE HONORABLE COURT:**

COMES NOW, collectively Plaintiffs Arthur James, Stacey Abbot, Collen Manghane, and Robert Manghane, by and through their respective attorneys of record, and in response to this Court's November 3, 2025, Order to Show Cause (Doc. 77) as follows:

On November 3, 2025, this Court entered an Order to Show Cause re Dismissal for Lack of Prosecution as to Defendants Brandon Ventre, Blaine Fleming, Michael McMahon, Fernando Gonzalez, Christopher Cherms, and Justin Snyder. The Court provided that, in the alternative to a written response, the Court would consider an answer to the Complaint, Request for Entry of Default, or Notice of Voluntary Dismissal.

Counsel for plaintiffs, in good faith, believed that counsel for County of San Bernardino represented the named individual defendants in this case when initially serving the County. Defense counsel informed Plaintiffs' counsel that they are unable to determine whether they represent the individual defendants until they are served, and thus do not accept service on behalf of the individual defendants. As a result of this misunderstanding, the individual defendants have not been properly served at this time. As such, Plaintiffs do not request entry of default, as such a request is improper at this time because the individual defendants have not yet been served.

Plaintiffs are currently in the process of serving the individual defendants. On the morning of November 6, 2025, Plaintiffs filed a request for summons to all defendants. (Doc. 78). Plaintiffs are agreeable that the individual defendants have 21 days after the service of summons to file an answer to Plaintiffs Conformed Complaint pursuant to Fed. R. Civ. P. 12(a). Plaintiffs believe that immediate service and an opportunity to answer the complaint is the most efficient resolution to this issue at this time.

Plaintiffs respectfully extend their sincerest apologies to the Court and its staff for the delay in service to the individual defendants. The parties' counsel have a good working relationship and assure the Court that this will not happen again. Thus, the parties respectfully request that the Court discharge the pending Order to Show Cause.

Respectfully submitted,

DATED: November 10, 2025   **LAW OFFICE OF DALE K. GALIPO**

By: /s/Marcel F. Sincich
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiffs* COLLEEN MANGHANE, and ROBERT MANGHANE

DATED: November 10, 2025   **NAVAB LAW, APC**

By: /s/ Kaveh Navab
Kaveh Navab
*Attorneys for Plaintiffs* ARTHUR JAMES and STACEY M. ABBOTT