# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF SAN BERNARDINO , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:25−cv−00140−WLH−SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  11/10/2025  |  80  |  Request for Summons  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The parties' names must be exactly as how it is on the "Second Amended Complaint." Next to: SUMMONS IN A CIVIL ACTION, please add "on the Second Amended Complaint."

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: November 12, 2025     By: /s/ *Lori Muraoka*
                                  *lori_muraoka@cacd.uscourts.gov*

Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –