AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

ARTHUR JAMES; STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE,

*Plaintiff(s)*

v.

COUNTY OF SAN BERNARDINO; BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,

*Defendant(s)*

Civil Action No. 5:25-cv-00140-WLH-SHK

## SUMMONS IN A CIVIL ACTION
## ON THE CONSOLIDATED COMPLAINT

To: *(Defendant's name and address)*  COUNTY OF SAN BERNARDINO; BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; and JUSTIN SNYDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Dale K. Galipo, Esq. | Neama Rahmani, Esq. | Kaveh Navab, Esq. |
| Marcel F. Sincich, Esq. | Houman Sayaghi, Esq. | Audrey E. Valli, Esq. |
| Law Offices of Dale K. Galipo | Andrew A. Talebi, Esq. | Navab Law, APC |
| 21800 Burbank Blvd., Ste. 310 | West Coast Trial Lawyers | 13160 Mindanao Way, Suite 280 |
| Woodland Hills, CA 91367 | 350 S. Grand Ave., Ste. 3350 | Marina Del Rey, CA 90292 |
| | Los Angeles, CA 90071 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-00140-WLH-SHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: