LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs* COLLEEN MANGHANE and ROBERT MANGHANE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | Master Case:<br>**Case No. 5:25-cv-00140-WLH-SHK**<br><br>*Consolidated with:*<br>*Case No. 5:25-cv-01107-JGB-DTB*<br><br>District Judge Wesley L. Hsu<br>Magistrate Judge Shashi H. Kewalramani<br><br>**PROOF OF SERVICE OF PLAINTIFFS' CONSOLIDATED COMPLAINT ON THE INDIVIDUAL DEFENDANTS** |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 4(l)(1), Plaintiffs Colleen Manghane and Robert Manghane hereby submit the proofs of service of the Plaintiffs' Consolidated Complaint for Damages (Dkt. 73) and Summons on Plaintiffs' Consolidated Complaint (Dkt. 85) on Defendants Brandon Ventre,

Blaine Fleming, Michael McMahon, Fernando Gonzalez, Christopher Cherms, and Justin Snyder, attached hereto as Exhibits "A" through "F," respectively.

DATED: November 19, 2025     **LAW OFFICES OF DALE K. GALIPO**

/s/     *Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiffs,*
Colleen Manghane and Robert Manghane

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint for Damages; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On: **Brandon Ventre**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92415**

On: **11/14/2025**          Time: **03:55 PM**

In the above mentioned action  by substituted service and leaving with

**Sandra Capes   -  Office Specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                                                                Nick Shows                              Date: **11/17/2025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/17/2025**, I served the within:
Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint for Damages; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Brandon Ventre**
**655 E 3rd St  San Bernardino, CA 92415**

Declarant:

  a. Name: **Christina Lindsey**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **125.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Christina Lindsey                                                            Date: **11/17/2025**

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |

First Street Federal Courthouse Los Angeles
350 W 1st Street
Los Angeles, CA 90012

| SHORT TITLE OF CASE: | |
|---|---|
| Manghane, Colleen v. County of San Bernardino | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On: **Blaine Fleming**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92415**

On: **11/14/2025**          Time: **03:55 PM**

In the above mentioned action  by substituted service and leaving with

**Sandra Capes   -  Office specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Nick Shows                    Date: **11/17/2025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/17/2025**, I served the within:
Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Blaine Fleming**
**655 E 3rd St  San Bernardino, CA 92415**

Declarant:

  a. Name: **Christina Lindsey**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **153.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Christina Lindsey                                Date: **11/17/2025**

Declaration of Service by Mail                              Invoice #: 13362574-02

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE: |
|---|
| Manghane, Colleen v. County of San Bernardino |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
|---|---|---|---|

| **Declaration of Service** | Ref. No. or File No:<br>James/Manghane v. COSB |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On: **Michael McMahon**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92415**

On: **11/14/2025**          Time:  **03:55 PM**

In the above mentioned action  by substituted service and leaving with

**Sandra Capes   -  Office specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*

Nick Shows            Date: **11/17/2025**

Declaration of Service                    Invoice #: 13362574-03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
|---|---|---|---|
| | **Declaration of Service by Mail** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/17/2025**, I served the within:
**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Michael McMahon**
**655 E 3rd St  San Bernardino, CA 92415**

Declarant:

   a. Name: **Christina Lindsey**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **164.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Christina Lindsey                                                                                           Date: **11/17/2025**

# EXHIBIT D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |

First Street Federal Courthouse Los Angeles
350 W 1st Street
Los Angeles, CA 90012

SHORT TITLE OF CASE:
Manghane, Colleen v. County of San Bernardino

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
|---|---|---|---|

**Declaration of Service**

Ref. No. or File No:
James/Manghane v. COSB

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On: **Fernando Gonzalez**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92415**

On: **11/14/2025**        Time: **03:55 PM**

In the above mentioned action by substituted service and leaving with

**Sandra Capes  -  Office specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

- a. Name: **Nick Shows**
- b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
- c. Telephone number: **909-664-9577**
- d. **The fee** for this service was: **164.00**
- e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Nick Shows                      Date: **11/17/2025**

Declaration of Service                      Invoice #: 13362574-04

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/17/2025**, I served the within:
Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Fernando Gonzalez**
**655 E 3rd St  San Bernardino, CA 92415**

Declarant:

  a. Name: **Christina Lindsey**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Christina Lindsey                                                        Date: **11/17/2025**

Declaration of Service by Mail                                           Invoice #: 13362574-04

# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On: **Christopher Cherms**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92415**

On: **11/14/2025**          Time:  **03:55 PM**

In the above mentioned action  by substituted service and leaving with

**Sandra Capes   -  Office Specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                                        Nick Shows                    Date: **11/17/2025**

Declaration of Service                                              Invoice #: 13362574-05

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/17/2025**, I served the within:
**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Christopher Cherms**
**655 E 3rd St  San Bernardino, CA 92415**

Declarant:

  a. Name: **Christina Lindsey**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Christina Lindsey   Date: **11/19/2025**

Declaration of Service by Mail   Invoice #: 13362574-05

# EXHIBIT F

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>(818) 347-3333 | FOR COURT USE ONLY |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On: **Justin Snyder**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92415**

On: **11/14/2025**           Time: **03:55 PM**

In the above mentioned action  by substituted service and leaving with

**Sandra Capes   -  Office Specialist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **164.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Nick Shows           Date: **11/17/2025**

Declaration of Service           Invoice #: 13362574-06

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00140-WLH-SHK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>James/Manghane v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **11/17/2025**, I served the within:
**Civil Pretrial Schedule and Trial Order; Judge Wesley L. Hsu's Standing Order for Motions for Summary Judgment; Plaintiffs' Consolidated Complaint; Summons; Judge Wesley L. Hsu's Standing Order for Newly Assigned Civil Cases; Notice of Assignment of Panel Mediator**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Justin Snyder**
**655 E 3rd St  San Bernardino, CA 92415**

Declarant:

   a. Name: **Christina Lindsey**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **164.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Christina Lindsey                                                                        Date: **11/17/2025**