SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | MASTER CASE NO. 5:25-cv-00140 WLH(SHK)<br><br>*Consolidated with* 5:25-cv-01107-*JGB (DTB)*<br><br>*Assigned for All Purposes to Honorable Wesley L. Hsu*<br><br>**STIPULATION TO EXTEND TIME FOR DEPUTY DEFENDANTS TO RESPOND TO CONSOLIDATED COMPLAINT; [PROPOSED] ORDER**<br><br>*Case No. 5:25-cv-00140-WLH (SHK)*<br>*Complaint Filed:* 01/17/25<br>*FAC Filed:* 03/20/25<br>*SAC Filed:* 05/29/25<br><br>*Case No. 5:25-cv-01107-JGB (DTB)*<br>*Complaint Filed:* 05/07/25<br>*FAC Filed:* 08/29/25 |

///

///

1

## STIPULATION

Defendants FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE, and CHRISTOPHER CHERMS ("Deputy Defendants"), by and through their attorneys of record, Lynberg & Watkins, P. C., and Plaintiffs ARTHUR JAMES and STACEY ABBOTT ("James Plaintiffs"), by and through their attorneys of record, NAVAB LAW, APC, and Plaintiffs COLLEEN MANGHANE, and ROBERT MANGHANE ("Manghane Plaintiffs"), by and through their attorney of record, LAW OFFICES OF DALE K. GALIPO, hereby stipulate that Defendants shall have until January 23, 2026, to file their responsive pleading to Plaintiffs' Consolidated Complaint. Good cause exists to grant this stipulation as the hearing date of Defendant County of San Bernardino's Motion to Dismiss Plaintiffs' Consolidated Complaint (Dkt. 76) coincides with the date for Deputy Defendants' responsive pleading.

1. On October 9, 2025, Plaintiffs filed their Consolidated Complaint pursuant to the Court's order to consolidate Plaintiffs' operative complaints. (Dkt. 66). In their Consolidated Complaint, Plaintiffs added Deputy Defendants.

2. Defendant County of San Bernardino filed Motion to Dismiss Plaintiffs' Consolidated Complaint which is set for hearing on December 5, 2025.

3. Plaintiffs served their Consolidated Complaint on Deputy Defendants on November 14, 2025. Consequently, Deputy Defendants' responsive pleading is due December 5, 2025, which was initially the same day as the hearing on the County's Motion to Dismiss. However, County's Motion to Dismiss has now been continued by the court to be heard on January 16, 2026.

4. The Court's order on the County's Motion to Dismiss may provide guidance as to claims that may resolve the need for the individual Defendants to bring a Motion on the same issues. Alternatively, the Court may give leave to amend as to the County which would result in an amended Consolidated Complaint which would

moot any later filed Motion by the individual Defendants who would now be required to respond to the amended Consolidated Complaint.

5. Thus, to avoid unnecessary Motion work and to conserve judicial resources, the parties have stipulated and request that individual Deputy Defendants shall have until January 23, 2026, to file their responsive pleading to Plaintiffs' Consolidated Complaint so that they will have the ruling by the Court as to the County's currently pending Motion as guidance.

**IT IS SO STIPULATED.**

DATED:  December 5, 2025            **LYNBERG & WATKINS**
                                    A Professional Corporation


                                    By: */s/ Shannon L. Gustafson*
                                    **SHANNON L. GUSTAFSON**
                                    **EDWARD J. SOUTHCOTT**
                                    Attorneys for Defendant
                                    COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS

DATED:  December 5, 2025            **LAW OFFICES OF DALE K. GALIPO**

                                    By: */s/ Marcel F. Sincich*
                                    **DALE K. GALIPO**
                                    **MARCEL F. SINCICH**
                                    Attorneys for Plaintiffs
                                    COLLEEN AND ROBERT MANGHANE

1
2  DATED: December 5, 2025
3                                                           **West Coast Trial Lawyers,**
4                                          By: */s/ Aryan Behamjou*
5                                              **Aryan Behamjou**
                                               Attorneys for Plaintiffs
6                                              ARTHUR JAMES and STACEY M. ABBOTT
7
8     I certify that all parties to this document have consented to its filing and to the
9  language contained herein and have authorized the undersigned to affix their
10 electronic signatures.
11 DATED: December 5, 2025                    **LYNBERG & WATKINS**
                                              A Professional Corporation
12
13
14
15                                          By: */s/ Shannon L. Gustafson*
                                               **SHANNON L. GUSTAFSON**
                                               **EDWARD J. SOUTHCOTT**
16                                             Attorneys for Defendant
                                               COUNTY OF SAN BERNARDINO,
17                                             FERNANDO GONZALEZ; JUSTIN
                                               SNYDER, MICHAEL MCMAHON,
18                                             BLAINE FLEMING, BRANDON
                                               VENTRE AND CHRISTOPHER
19                                             CHERMS
20
21
22
23
24
25
26
27
28