

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARTHUR JAMES, STACEY
ABBOTT; COLLEEN MANGHANE;
and ROBERT MANGHANE

Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO,
BRANDON VENTRE; BLAINE
FLEMING; MICHAEL MCMAHON;
FERNANDO GONZALEZ;
CHRISTOPHER CHERMS; JUSTIN
SNYDER; and DOES 1-15, inclusive,

Defendants.

MASTER CASE NO. 5:25-cv-00140
WLH(SHK)

*Consolidated with 5:25-cv-01107-JGB
(DTB)*

*Assigned for All Purposes to
Honorable Wesley L. Hsu*

**[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME
FOR DEPUTY DEFENDANTS TO
RESPOND TO CONSOLIDATED
COMPLAINT**

*Case No. 5:25-cv-00140-WLH (SHK)
Complaint Filed:   01/17/25
FAC Filed:        03/20/25
SAC Filed:        05/29/25*

*Case No. 5:25-cv-01107-JGB (DTB)
Complaint Filed:   05/07/25
FAC Filed:        08/29/25*

**1**
**[PROPOSED] ORDER**

1    **[PROPOSED] ORDER**

2        Pursuant to the Stipulation of Plaintiffs and Defendants and for good cause

3    shown, the Court Orders as follows:

4        1.    Defendants FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL

5    MCMAHON, BLAINE FLEMING, BRANDON VENTRE, and CHRISTOPHER

6    CHERMS shall have thirty days, up to and including January 23, 2026, to file their

7    responsive pleading to Plaintiffs' Consolidated Complaint.

8

9    **IT IS SO ORDERED.**

10

11    DATED:

12    _____

13    **HON. WESLEY L. HSU**
      United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28