# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00140-WLH-SHK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEPUTY DEFENDANTS TO RESPOND TO CONSOLIDATED COMPLAINT [92]** |

Pursuant to the Stipulation of Plaintiffs and Defendants and for good cause shown, the Court Orders as follows:

1. Defendants FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE, and CHRISTOPHER CHERMS shall have thirty days, up to and including January 23, 2026, to file their responsive pleading to Plaintiffs' Consolidated Complaint.

**IT IS SO ORDERED.**

DATED: December 15, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE