**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,*
Colleen Manghane and Robert Manghane

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00140-WLH-SHK<br><br>*Consolidated with*:<br>Case 5:25-cv-01107-JGB-DTB<br><br>Assigned to:<br>District Judge Wesley L. Hsu<br>Magistrate Judge Shashi H. Kewalramani<br><br>**MANGHANE PLAINTIFFS' REQUEST FOR THEIR COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION TO DISMISS THE PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Date:     January 16, 2026<br>Time:     1:30 p.m.<br>Crtrm:    9B |

**TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs Colleen Manghane and Robert Manghane ("the Manghane Plaintiffs") hereby respectfully request that their counsel, Marcel F. Sincich, be permitted to appear remotely on their behalf at the Hearing on Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint, scheduled for January 16, 2026 at 1:30 p.m. Plaintiffs submit that good cause exists to allow Mr. Sincich to appear remotely at the hearing because: (1) Mr. Sincich is familiar with the facts and issues in this case, and drafted the Manghane Plaintiffs' Opposition to Defendants' Motion to Dismiss; and (2) Mr. Sincich resides outside of California.

For these reasons, the Manghane Plaintiffs respectfully request that the Court issue an order permitting Mr. Sincich to appear remotely at the Hearing on Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint on January 16, 2026.

DATED: January 8, 2026					LAW OFFICES OF DALE K. GALIPO

							By: *s/ Marcel F. Sincich*
							Dale K. Galipo
							Marcel F. Sincich
							Attorney for Plaintiffs,
							Colleen Manghane and Robert Manghane