**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00140-WLH-SHK<br><br>*Consolidated with*:<br>Case 5:25-cv-01107-JGB-DTB<br><br>Assigned to:<br>District Judge Wesley L. Hsu<br>Magistrate Judge Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER PERMITTING THE MANGHANE PLAINTIFFS' COUNSEL TO APPEAR REMOTELY AT THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Date:       January 16, 2026<br>Time:       1:30 p.m.<br>Crtrm:      9B |

-2-

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Manghane Plaintiffs' Request for Their Counsel to Appear Remotely at the Hearing on Defendants' Motion to Dismiss the Plaintiffs' Consolidated Complaint, and good cause appearing therein, it is hereby ordered that the Manghane Plaintiffs' attorney Marcel F. Sincich may appear remotely at the Hearing on Defendants' Motion to Dismiss the Plaintiffs' Consolidated Complaint on January 16, 2026.

IT IS SO ORDERED.

DATED:

Honorable Judge Wesley L. Hsu
United States District Court