1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE | MASTER CASE NO. 5:25-cv-00140 WLH(SHK) |
| Plaintiffs, | *Consolidated with 5:25-cv-01107-JGB (DTB)* |
| vs. | *Assigned for All Purposes to Honorable Wesley L. Hsu* |
| COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive, | *Magistrate Judge: Shashi H. Kewalramani* |
| | **[PROPOSED] ORDER GRANTING INDIVIDUAL COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |
| Defendants. | Date: February 27, 2026 Time: 1:30 p.m. Crtrm.: 9B |
| | *Case No. 5:25-cv-00140-WLH (SHK)* *Complaint Filed:    01/17/25* *FAC Filed:           03/20/25* *SAC Filed:           05/29/25* |
| | *Case No. 5:25-cv-01107-JGB (DTB)* *Complaint Filed:    05/07/25* *FAC Filed:           08/29/25* |
| | *Trial Date: None Set* |

**[PROPOSED] ORDER**

Defendants FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS' ("Defendants") Motion to Dismiss Plaintiffs' Consolidated Complaint ("Motion") came on for hearing before this Court on February 27, 2026. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendants' Motion is GRANTED.

The Court hereby orders the following be dismissed from Plaintiffs' Consolidated Complaint:

1.    Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE are dismissed as successor-in-interest in their First Claim for Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983) against individual County Defendants for lack of standing because biological parents', Plaintiffs ARTHUR JAMES and STACEY M. ABBOTT, parental rights were not severed. *See* Fed. R. Civ. P. 12(b)(6).

2.    Plaintiffs' Second Claim for Substantive Due Process - the Unlawful Interference with Familial Relations (42 U.S.C. § 1983) against individual County Defendants because biological parents', Plaintiffs ARTHUR JAMES and STACEY M. ABBOTT, parental rights were not severed. *See* Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED.**

DATED:

_____
**HON. WESLEY L. HSU**
United States District Court Judge