SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
AYAKO W. PETERS (SBN 312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ; JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | MASTER CASE NO. 5:25-cv-00140 WLH(ACCV)<br><br>*Consolidated with 5:25-cv-01107-JGB (DTB)*<br><br>*Assigned for All Purposes to Honorable Wesley L. Hsu*<br><br>*Magistrate Judge: Angela C.C. Viramontes*<br><br>**STIPULATION TO DISMISS ALL PLAINTIFFS COLLEEN MANGHANE'S AND ROBERT MANGHANE'S CLAIMS AGAINST ALL DEFENDANTS**<br><br>*Case No. 5:25-cv-00140-WLH (SHK)*<br>*Complaint Filed:   01/17/25*<br>*FAC Filed:          03/20/25*<br>*SAC Filed:          05/29/25*<br><br>*Case No. 5:25-cv-01107-JGB (DTB)*<br>*Complaint Filed:   05/07/25*<br>*FAC Filed:          08/29/25*<br><br>*Consolidated Complaint: 10/09/25*<br><br>*Trial Date: None Set* |

1

**STIPULATION TO DISMISS ALL PLAINTIFFS COLLEEN MANGHANE'S AND ROBERT MANGHANE'S CLAIMS AGAINST ALL DEFENDANTS**

1  WHEREAS, Plaintiffs ARTHUR JAMES, STACEY ABBOTT, COLLEEN MANGHANE, and ROBERT MANGHANE, filed the operative Consolidated Complaint against Defendants COUNTY OF SAN BERNARDINO, BRANDON VENTRE, BLAINE FLEMING, MICHAEL MCMAHON, FERNANDO GONZALEZ, CHRISTOPHER CHERMS, JUSTIN SNYDER; and DOES 1-15 on October 9, 2025. (Dkt. 73).

WHEREAS, Defendant COUNTY OF SAN BERNARDINO filed a Motion to Dismiss Plaintiffs' Consolidated Complaint on October 30, 2025. (Dkt. 76).

WHEREAS, the Court issued an Order Granting in Part and Denying in Part Defendant County of San Bernardino's Motion to Dismiss on January 16, 2026, dismissing with prejudice Plaintiffs COLLEEN MANGHANE'S and ROBERT MANGHANE'S Third (42 U.S.C. § 1983-Municipal Liability – Unconstitutional Custom, Practice, or Policy), Fourth (42 U.S.C. § 1983-Municipal Liability – Failure to Train), Fifth (42 U.S.C. § 1983-Municipal Liability – Ratification), Sixth (Battery-survival and wrongful death), Seventh (Negligence-survival and wrongful death), and Eighth (Violation of the Bane Act) Claims against County of San Bernardino. The Court determined Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE lack standing to assert claims as successors in interest. As to Plaintiffs ARTHUR JAMES and STACEY ABBOTT, the Court dismissed with prejudice the Sixth, Seventh, and Eighth Claims.

WHEREAS, Defendants BRANDON VENTRE, BLAINE FLEMING, MICHAEL MCMAHON, FERNANDO GONZALEZ, CHRISTOPHER CHERMS, and JUSTIN SNYDER ("Individual County Defendants") filed an Individual County Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint on January 23, 2026. (Dkt. 100).

WHEREAS, Defense counsel engaged in meet and confer with counsel for Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE regarding

1 dismissal of the First Claim for Unreasonable Search and Seizure – Excessive Force
2 (42 U.S.C. § 1983) and Second Claim for Substantive Due Process - the Unlawful
3 Interference with Familial Relations (42 U.S.C. § 1983) against Individual County
4 Defendants.
5      As a result of the meet and confer efforts, Plaintiffs COLLEEN MANGHANE
6 and ROBERT MANGHANE agreed to dismiss with prejudice Plaintiff's First Claim
7 for Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983) and
8 Second Claim for Substantive Due Process (42 U.S.C. § 1983) against Individual
9 County Defendants.
10      The parties hereto, by and through their respective counsel, hereby stipulate
11 and agree as follows:
12   1.   Plaintiffs COLLEEN MANGHANE'S and ROBERT MANGHANE'S
13        First Claim for Unreasonable Search and Seizure – Excessive Force (42
14        U.S.C. § 1983) is dismissed against Individual County Defendants with
15        prejudice.
16   2.   Plaintiffs COLLEEN MANGHANE'S and ROBERT MANGHANE'S
17        Second Claim for Substantive Due Process (42 U.S.C. § 1983) is
18        dismissed against Individual County Defendants with prejudice.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3. Each party shall bear their own costs and fees associated with the dismissal of these claims.

**IT IS SO STIPULATED**.

DATED: January 29, 2026                **LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Edward J. Southcott*
_____
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO
FERNANDO GONZALEZ; JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS

DATED: January 29, 2026                **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Dale K. Galipo*
_____
**DALE K. GALIPO, ESQ.**
**MARCEL SINCICH, ESQ.**
Attorneys for Plaintiffs
COLLEEN MANGHANE and ROBERT MANGHANE

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all parties concur in the content of this filing and have authorized this filing.

Dated: January 29, 2026

*/s/ Edward J. Southcott*
**EDWARD J. SOUTHCOTT**