# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | MASTER CASE NO. 5:25-cv-00140 WLH(ACCV)<br><br>*Consolidated with 5:25-cv-01107-JGB (DTB)*<br><br>*Assigned for All Purposes to Honorable Wesley L. Hsu*<br><br>*Magistrate Judge: Angela C.C. Viramontes*<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS**<br><br>*Case No. 5:25-cv-00140-WLH (SHK)*<br>*Complaint Filed:   01/17/25*<br>*FAC Filed:           03/20/25*<br>*SAC Filed:           05/29/25*<br><br>*Case No. 5:25-cv-01107-JGB (DTB)*<br>*Complaint Filed:   05/07/25*<br>*FAC Filed:           08/29/25*<br><br>*Consolidated Complaint: 10/09/25*<br><br>*Trial Date: None Set* |

This cause coming to be heard on the stipulation of the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of certain claims in Plaintiff's Consolidated Complaint for Damages (Dkt. 73), the parties being in

agreement and the Court being advised of the premises of this Order, the Court hereby orders:

1. Plaintiffs COLLEEN MANGHANE'S and ROBERT MANGHANE'S First Claim for Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983) is dismissed against Individual County Defendants with prejudice.

2. Plaintiffs COLLEEN MANGHANE'S and ROBERT MANGHANE'S Second Claim for Substantive Due Process (42 U.S.C. § 1983) is dismissed against Individual County Defendants with prejudice.

3. Each party shall bear their own costs and fees associated with the dismissal of these claims.

**IT IS SO ORDERED.**

DATED: _____   _____
HONORABLE WESLEY L. HSU
United States District Judge