

Neama Rahmani, Esq. (State Bar No. 223819)
Houman Sayaghi, Esq. (State Bar No. 313695)
Aryan Behnamjou, Esq. (State Bar No. 330488)
**WEST COAST TRIAL LAWYERS, APLC**
1147 S Hope Street
Los Angeles, California 90015
Phone: (213) 927-3700 | Fax: (213) 927-3701
filings@westcoasttriallawyers.com

Kaveh Navab, Esq. (SBN: 280235)
navablaw@gmail.com
Audrey E. Valli, Esq. (SBN: 360441)
**NAVAB LAW, APC**
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone: 310-826-1002
Attorneys for Plaintiff YOUA VUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:25-cv-00140-WLH-SHK <br><br> *Hon. District Judge Wesley L. Hsu* <br> *Hon. Mag. Judge Shashi H. Kewalramani* <br><br> **JOINT STIPULATION TO CONTINUE TRIAL AND OTHER DEADLINES; [PROPOSED] ORDER** |

**WHEREAS**, on January 17, 2025, Plaintiffs Arthur James and Stacey Abbot ("Plaintiffs") filed their original Complaint for damages against Defendants County of San Bernardino and Sheriff Shannon D. Dicus;

**WHEREAS**, in an effort to avoid unnecessary motion practice, the parties met and conferred and entered into a series of stipulations extending deadlines for responsive pleadings and amendment, and Plaintiffs thereafter filed a First Amended Complaint on March 30, 2025, adding Defendant Desert Valley Hospital, LLC;

**WHEREAS**, on April 10, 2025, Defendants County of San Bernardino and Sheriff Shannon D. Dicus filed motions to dismiss the First Amended Complaint, which the Court granted in part and denied in part on May 9, 2025;

**WHEREAS**, Plaintiffs filed a Second Amended Complaint on May 29, 2025;

**WHEREAS**, on June 16, 2025, Defendants County of San Bernardino and Sheriff Shannon D. Dicus filed motions to dismiss the Second Amended Complaint, which the Court granted in full on August 22, 2025;

**WHEREAS**, on September 11, 2025, the Court ordered Plaintiffs Stacey Abbot and Arthur James to file a consolidated complaint with Co-Plaintiffs Colleen Manghane and Robert Manghane ("Co-Plaintiffs"), and Plaintiffs and Co-Plaintiffs thereafter filed a Consolidated Complaint against Defendants County of San Bernardino, Brandon Ventre, Blaine Fleming, Michael McMahon, Fernando Gonzalez, Christopher Cherms, and Justin Snyder;

**WHEREAS**, Defendant County of San Bernardino served its initial disclosures pursuant to Federal Rule of Civil Procedure 26 on October 3, 2025;

**WHEREAS**, on November 14, 2025, Defendant County of San Bernardino filed a motion to dismiss the Consolidated Complaint;

**WHEREAS**, on December 5, 2025, the parties stipulated to extend the Deputy Defendants' deadline to respond to the Consolidated Complaint pending resolution of the County's motion to dismiss;

**WHEREAS**, on January 16, 2026, the Court granted Defendant County of San Bernardino's motion to dismiss and granted Plaintiffs leave to amend through February 6, 2026;

**WHEREAS**, on January 29, 2026, Co-Plaintiffs Colleen Manghane and Robert Manghane dismissed all claims against all Defendants by stipulation;

1     **WHEREAS**, Plaintiffs Stacey Abbot and Arthur James filed the Third
2 Amended Complaint on February 6, 2026;

3     **WHEREAS**, due to the extended pleading phase described above, the
4 individual Deputy Defendants – Brandon Ventre, Blaine Fleming, Michael
5 McMahon, Fernando Gonzalez, Christopher Cherms, and Justin Snyder – have not
6 yet filed responsive pleadings or appeared in this action for purposes of discovery,
7 and their current deadline to do so is February 27, 2026;

8     **WHEREAS**, this action involves at least thirty-five (35) witnesses, written
9 discovery has commenced in earnest, and the parties intend on beginning depositions
10 in March 2026;

11     **WHEREAS,** the Parties stipulated to a Protective Order, which the Court
12 granted on February 10, 2026, as a condition precedent to Defendant County of San
13 Bernardino's production of documents, which are anticipated to be voluminous and
14 require substantial time for review;

15     **WHEREAS**, the parties require additional time to complete necessary written
16 discovery, conduct fact and expert depositions, and adequately prepare the matter for
17 mediation and trial;

18     **WHEREAS**, this is the first trial continuance requested by the parties, and the
19 request is not made for purposes of delay, but rather to permit the case to be litigated
20 on its merits following resolution of extensive pleading issues, which included an
21 initial dispute as to who were the proper heirs in this case and representatives of the
22 Estate which delayed discovery to the Estate until this issue could be resolved which
23 it was only done recently through the dismissal of the Manghane Plaintiffs;

24     **WHEREAS**, no party will be prejudiced by the requested continuance, and the
25 interests of justice will be served thereby;

26     **WHEREAS**, good cause exists to continue the trial and related pretrial
27 deadlines;

28

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. The Parties, by the signatures of their counsel of record below, hereby stipulate and agree to continue Trial in the above-captioned matter, currently set for October 13, 2026, at 9:00 a.m., to April 19, 2027, at 9:00 a.m., or a date thereafter to be determined by the Court;

2. The Parties, by the signatures of their counsel of record below, hereby stipulate and agree to continue the Final Pretrial Conference in the above-captioned matter, currently set for September 18, 2026, at 3:00 p.m., to March 26, 2027, at 3:00 p.m., or a date thereafter to be determined by the Court;

The Parties, by the signatures of their counsel of record below, hereby stipulate and agree to continue the Settlement Conference in the above-captioned matter, currently set for August 7, 2026, to February 1, 2027, or a date thereafter to be determined by the Court;

3. The Parties hereby agree to recalculate all discovery, discovery motion cut-off dates, all other motion cut-off dates, expert discovery cut-off dates, and associated trial and trial preparation deadlines, such that all dates flow from the new trial date as indicated in the worksheet attached as **Exhibit 1**; and

4. The Parties expressly acknowledge that no harm or prejudice will result to either party, and that the interests of justice will be served by this continuance.

The Parties agree that this Stipulation may be executed in one or more counterparts and that facsimile and/or .pdf signatures to this Stipulation will serve as originals.

| | |
|---|---|
| Dated: February 17, 2026 | **NAVAB LAW, APC** |
| | By: _____/s/Kaveh Navab____ <br> Kaveh Navab, Esq. <br> Aryan Behnamjou, Esq. <br> Attorney for Plaintiff <br> ARTHUR JAMES and STACEY ABBOTT |
| Dated: February 17, 2026 | **LYNBERG & WATKINS** |
| | By:_____**/s/ Shannon L. Gustafson**_ <br> Shannon L. Gustafson, Esq. <br> Attorneys for Defendants <br> COUNTY OF SAN BERNARDINO, BRANDON VENTRE, BLAINE FLEMING, MICHAEL MCMAHON, FERNANDO GONZALEZ, CHRISTOPHER CHERMS, and JUSTIN SNYDER |

# EXHIBIT 1

# JUDGE WESLEY L. HSU
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court <u>ORDERS</u> the parties to make every effort to agree on dates.*

| Case No. | Case Name: |
|---|---|
| 5:25-cv-00140-WLH (SHKx) | James et al. v. County of San Bernardino, et al. |

| Trial and Final Pretrial Conference Dates | Parties' Joint Date mm/dd/yyyy | Court Order |
|---|---|---|
| Check one: ☑ Jury Trial or ☐ Court Trial ☐ Magistrate Judge (<u>Monday</u> at 9:00 a.m., within 12 months of Scheduling Conference) Estimated Duration: 10 Days *Trial Subject to Trailing per Standing Order | 04/19/2027 | ☑ Jury Trial ☐ Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] (<u>Friday</u> at 3:00 p.m., at least 18 days before trial) | 03/26/2027 | |

| Event [1] Note: Hearings shall be on **Fridays** at 1:30pm Other dates can be any day of the week | Weeks Before FPTC[2] | Parties' Joint Date mm/dd/yyyy | Court Order |
|---|---|---|---|
| Last Date to <u>Hear</u> Motion to Amend Pleadings / Add Parties [Friday] | | 06/12/2026 | |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 18 | 11/20/2026 | |
| Expert Disclosure (Initial) | 16 | 12/04/2026 | |
| Expert Disclosure (Rebuttal) | 14 | 12/18/2026 | |
| Expert Discovery Cut-Off | 14 | 01/22/2027 | |
| Last Date to <u>Hear</u> Motions<br>• Rule 56 Motion due at least 6 weeks before hearing;<br>• Opposition due 2 weeks after motion is filed before hearing;<br>• Reply due 1 week after Opposition is filed | 12 | 01/01/2027 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 01/29/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] <u>Select</u> one: ☐ 1. Magistrate Judge *(with Court approval)* ☑ 2. Court's Mediation Panel ☐ 3. Private Mediation | 5 | 02/01/2027 | ☐ 1. Mag. J. ☑ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)**<br>• Motions *In Limine* (except *Daubert*)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 02/26/2027 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 03/12/2027 | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.