# UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, and STACEY M. ABBOTT as parents of, and successors in interest to, AARON JAMES, decedent;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity; Sheriff SHANNON D. DICUS,; DESERT VALLEY HOSPITAL, LLC, a Delaware Limited Liability Company; DOES 1-20, inclusive.<br><br>Defendants. | Case No.: **5:25-cv-00140-WLH-SHK**<br><br>**PARTIES [PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE THE TRAIL AND OTHER DEADLINES** |

1       On February 17, 2026, the Parties filed a Joint Stipulation to Continue the Trial date and Other Deadlines in the above-entitled case.

      The Parties set forth that good cause exists for the requested continuance of the trial date and other deadlines in order to engage in meaningful and further discovery before mediation and trial in the matter.

      The Court, having considered the parties stipulation and finding good cause therefore, hereby GRANTS the stipulation and ORDERS as follows

      1. The Trial in the above-captioned matter, currently set for October 13, 2026, at 9:00 a.m. is continued to April 19, 2027, at 9:00 a.m., or a date thereafter to be determined by the Court;

      2. The Final Pretrial Conference in the above-captioned matter, currently set for September 18, 2026, at 3:00 p.m., is continued to March 26, 2027, at 3:00 p.m., or a date thereafter to be determined by the Court;

      3. The Parties hereby agree to recalculate all discovery, discovery motion cut-off dates, all other motion cut-off dates, expert discovery cut-off dates, and associated trial and trial preparation deadlines, such that all dates flow from the new trial date

**IT IS SO ORDERED.**

Dated:

                      HON. WESLEY L. HSU
                      UNITED STATES DISTRICT JUDGE