SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ; JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | MASTER CASE NO. 5:25-cv-00140 WLH (ACCVx)<br><br>*Consolidated with* 5:25-cv-01107-*JGB (DTB)*<br><br>*Assigned for All Purposes to Honorable Wesley L. Hsu*<br><br>*Magistrate Judge: Angela C.C. Viramontes*<br><br>**[DISCOVERY MATTER] before Magistrate Judge Angela C.C. Viramontes**<br><br>**DECLARATION OF EDWARD J. SOUTHCOTT IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO ENFORCE CANYON RIDGE HOSPITAL SUBPOENA**<br><br>Date:    August 5, 2026<br>Time:    10:00 am<br>Crtrm:    4<br><br>*Case No. 5:25-cv-00140-WLH (ACCV)*<br>*Complaint Filed:    January 17, 2025*<br>*FAC Filed:    March 20, 2025*<br>*SAC Filed:    May 29, 2025*<br>*TAC Filed:    February 6, 2026*<br><br>*Case No. 5:25-cv-01107-JGB (DTB)*<br>*Complaint Filed:    May 7, 2025* |

1

**DECLARATION OF EDWARD J. SOUTHCOTT IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO ENFORCE CANYON RIDGE HOSPITAL SUBPOENA**

*FAC Filed:*       *August 29, 2025*

*Trial Date: None Set*

### <u>DECLARATION OF EDWARD J. SOUTHCOTT</u>

I, Edward J. Southcott, declare as follows:

1.    I am an attorney at law, duly authorized to practice before this Court and am an associate attorney with the firm Lynberg & Watkins, attorneys of record for Defendants COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE, and CHRISTOPHER CHERMS.  I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true.  If called upon to testify to the matters herein, I could and would competently do so.

2.    Attached hereto as **Exhibit "A"** is a true and correct copy of the Subpoena to Canyon Ridge Hospital that was issued by County Defendants on February 27, 2026.

3.    Attached hereto as **Exhibit "B"** is a true and correct copy of the subpoena issued to Canyon Ridge Hospital by County Defendants on May 29, 2025.

4.    County Defendants' subpoena was objected to by counsel representing former Co-Plaintiffs Colleen Manghane and Robert Manghane who have since dismissed their claims and are no longer involved in this case. (Dkt. 111). Attached hereto as **Exhibit "C"** is a true and correct copy of former Co-Plaintiffs' Objection to County Defendants' Subpoena on June 10, 2025.

5.    Attached hereto as **Exhibit "D"** is a true and correct copy of email from Lexitas stating that a signed release to secure records is required and attached Authorization form.

6.    On March 3, 2026, Defense counsel sent Plaintiff's counsel a meet and

**2**

**DECLARATION OF EDWARD J. SOUTHCOTT IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO ENFORCE CANYON RIDGE HOSPITAL SUBPOENA**

confer letter requesting Plaintiff's authorization. A true and correct copy of that meet and confer letter on March 3, 2026 is attached hereto as **Exhibit "E"**.

7.    After receiving no response from Plaintiffs' counsel, Defense counsel followed up on March 13, 2026 by email. A true and correct copy of that email on March 13, 2026 is attached hereto as **Exhibit "F"**.

8.    On March 30, 2026, having received no response from Plaintiffs, Defense counsel requested a Pre-Motion Discovery Dispute Conference pursuant to Judge Viramontes's procedures. A true and correct copy of the email communication with the Court is attached hereto as **Exhibit "G".**

9.    This request was withdrawn after Plaintiffs provided the signed authorization that was the subject of the discovery dispute on April 1, 2026.  A true and correct copy of the signed authorization form is attached hereto as **Exhibit "H"**.

10.    A true and correct copy of Canyon Ridge's rejection letter dated April 13, 2026 is attached hereto as **Exhibit "I".**

11.    A true and correct copy of the email exchange with Lexitas is attached hereto as **Exhibit "J"**.

12.    In the copy of Decedent's death certificate available for Defendant, however, the name of Plaintiff Stacey Abbott had been redacted. Defense counsel communicated with Plaintiffs' counsel seeking unredacted copy of Decedent's death certificate. Attached hereto as **Exhibit "K"** is a true and correct copy of the email exchange with Plaintiff's counsel regarding the death certificate.

13.    As of the date of this Motion, Plaintiffs' counsel has not responded to County Defendants' request to provide unredacted copy of Decedent's death certificate.

///

///

///

**3**

**DECLARATION OF EDWARD J. SOUTHCOTT IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO ENFORCE CANYON RIDGE HOSPITAL SUBPOENA**

14.     Plaintiffs' counsel did not submit any objections to the Canyon Ridge Hospital subpoena.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July 2026 in San Diego, California.


/s/ Edward J. Southcott
EDWARD J. SOUTHCOTT
Declarant

4

**DECLARATION OF EDWARD J. SOUTHCOTT IN SUPPORT OF
COUNTY DEFENDANTS' MOTION TO ENFORCE
CANYON RIDGE HOSPITAL SUBPOENA**