# Exhibit B

AO88 (Rev. 12/06) Subpoena in a Civil Case

040157

## Issued by the

# UNITED STATES DISTRICT COURT

CENTRAL       DISTRICT OF       CALIFORNIA

ARTHUR JAMES and STACEY M. ABBOTT, as parents of, and successors in interest to, AARON JAMES, decedent

V.

COUNTY OF SAN BERNARDINO

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  5:25-cv-00140 WLH (SHKx)

TO:   CANYON RIDGE HOSPITAL
      5353 G STREET
      CHINO, CA

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED

| PLACE      400 ATLAS ST. BREA, CA 92821  714-990-6100   F714-990-6126 | DATE AND TIME  6/23/2025 10:00 am |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /S/ SHANNON L. GUSTAFSON, ESQ.          DEFENDANT | 5/29/2025 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
SHANNON L. GUSTAFSON, ESQ. SBN 228856 LYNBERG & WATKINS-1100 W. TOWN & COUNTRY RD., #1450, ORANGE, CA 92868 (714) 937-1010

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## ATTACHMENT "3"

## Subpoena for MEDICAL Records

TO: CANYON RIDGE HOSPITAL
5353 G STREET
CHINO, CA

RECORDS REGARDING : AARON ARTHUR JAMES
Date of Birth          : 7/19/06
Social Security Number    :

Any and all documents, medical records, and all writings, including, but not limited to any records/reports, physical therapy records, surgical records, sign-in/sign out sheets, emergency room, inpatient and outpatient charts and records, correspondence records, imaging studies, patient questionnaires, pathology reports, radiology reports, medical administration reports, diagnostic reports, prescription records, any and all psychiatric, psychological, drug, alcohol abuse, dependency treatments, evaluations, reports, records, tests and test results,  documents which indicate date and time of patient's appointments from any and all doctors, health care providers, health departments, and emergency rooms pertaining to the care, treatment and examination of Aaron Arthur James, DOB: 7/19/06.

**California Evidence Code §250 defines "Writing" to mean handwriting, typewriting, printing, photostating, photographing, photocopying, transmitting by electronic mail or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored.**

**Code of Civil Procedure, Section 2016.920 defines "Electronically Stored Information" ("ESI") as information that is stored in an electronic medium with "Electronic" to mean information relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic or similar capabilities. This information shall be produced in the form or forms in which it is ordinarily maintained or in a reasonably usable form.**

SHANNON L. GUSTAFSON, ESQ. SBN 228856
LYNBERG & WATKINS-1100 W. TOWN &
COUNTRY RD., #1450, ORANGE, CA 92868
(714) 937-1010

Attorney for DEFENDANT

UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF   :   ARTHUR JAMES and STACEY M. ABBOTT, as parents of, and successors in interest to, AARON JAMES, decendent

DEFENDANT:   COUNTY OF SAN BERNARDINO

CASE NO: 5:25-cv-00140 WLH (SHKx)

**NOTICE TO CONSUMER**

TO    :   ARTHUR JAMES and STACEY M. ABBOTT, successors in interest to AARON JAMES
AND TO THEIR ATTORNEY(S): SEE ATTACHED SERVICE LIST

Please take notice that personal records about the consumer are being sought from the witness named in the subpoena.

IF THE CONSUMER OBJECTS TO THE WITNESS FURNISHING THE RECORDS TO THE PARTY SEEKING THE RECORDS, THE CONSUMER MUST FILE PAPERS WITH THE COURT PRIOR TO THE DATE SPECIFIED FOR PRODUCTION ON THE SUBPOENA. If the party who is seeking the records will not agree in writing to cancel or limit the subpoena, an attorney should be consulted about the consumer's interest in protecting his or her rights of privacy.

THIS NOTICE IS GIVEN PURSUANT TO FEDERAL RULE 45(b)(1)

BY:   /S/ SHANNON L. GUSTAFSON, ESQ
SHANNON L. GUSTAFSON, ESQ

**NOTICE TO CONSUMER**

SHANNON L. GUSTAFSON, ESQ. SBN 228856
LYNBERG & WATKINS-1100 W. TOWN &
COUNTRY RD., #1450, ORANGE, CA 92868 (714)
937-1010

Attorney for DEFENDANT

UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF    :    ARTHUR JAMES and STACEY M. ABBOTT, as parents of, and successors in interest to, AARON JAMES, decedent

DEFENDANT:    COUNTY OF SAN BERNARDINO

CASE NO: 5:25-cv-00140 WLH (SHKx)

**NOTICE TO CUSTODIAN OF RECORDS DEPOSITIONS; NOTICE TO CONSUMER NO APPEARANCE**

NOTICE TO ALL PARTIES AND THEIR ATTORNEYS:

1. PLEASE TAKE NOTICE that Lexitas will take the deposition of Custodian of Records of the business listed below on the time, place and date set forth:

DATE AND TIME:    6/23/2025 10:00 am    AT:    400 ATLAS ST. BREA, CA 92821
714-990-6100   F714-990-6126

CANYON RIDGE HOSPITAL
5353 G STREET
CHINO, CA

Said depositions will be taken in the form described and before the deposition officer designated on the Deposition Subpoena. If, for any reason, the taking of said depositions is not completed on said date, the deposition will continue from day to day, excluding Sundays and holidays, until completed. Said Custodian of Records will produce all business records in their possession or under their control to be produced, inspected, examined, photocopied and photographed.

**A person commanded to produce for inspecting and copying need not appear in person at the time of production.**

Said depositions will be taken on the ground that said Custodians are material witnesses herein, and will be further based upon all of the records and files in the above entitled action.

Dated:    5/29/2025    /S/ SHANNON L. GUSTAFSON, ESQ.

**NOTICE OF CUSTODIAN OF RECORDS DEPOSITION;
NOTICE TO CONSUMER NO PERSONAL APPEARANCE**

SHANNON L. GUSTAFSON, ESQ. SBN 228856
LYNBERG & WATKINS-1100 W. TOWN &
COUNTRY RD., #1450, ORANGE, CA 92868
(714) 937-1010

Attorney for DEFENDANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF    :  ARTHUR JAMES and STACEY M. ABBOTT, as parents of, and successors in interest to AARON JAMES, decendent

DEFENDANT:    COUNTY OF SAN BERNARDINO

CASE NO:5:25-cv-00140 WLH (SHKx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and I am not a party to the within action. I am employed by Lexitas, in the County of Orange, at                400 ATLAS ST., BREA, CA 92821

I served the attached documents, titled, Subpoena Duces Tecum, Attachment, Notice to Consumer, No Appearance, Proof of Service and Service List on the following:

SEE ATTACHED SERVICE LIST

I placed the said envelope(s) for collection and mailing, following ordinary business practices, at the business office of Lexitas, at the address set forth above, for deposit in the United States Postal Services. I am readily familiar with the practice of Lexitas, for collection and processing of correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

I declare under penalty of perjury under the Law of the United States of America that the above is true and correct.

Executed at Brea, California on                5/29/2025

CARRIE PAGE

**PROOF OF SERVICE**

Case Name: *James et al.  v County of San Bernardino, et al.*
Master Case No.: 5:25-cv-00140-WLH-SHK

| | |
|---|---|
| Emely Faburrieta, Esq.<br>Houman Sayaghi, Esq.<br>Andrew Talebi, Esq.<br>Aryan Behnamjou, Esq.<br>WEST COAST TRIAL<br>LAWYERS, APLC<br>350 S. Grand Avenue, Suite 3350<br>Los Angeles, California 90071<br>Tel: (213) 927-3700<br>Fax: (213) 927-3701<br>Email:<br>emely@westcoasttriallawyers.com<br>andrew@westcoasttriallawyers.com<br>houman@westcoasttriallawyers.com<br>filings@westcoasttriallawyers.com<br>aryan@westcoasttriallawyers.com | Attorneys for Plaintiffs ARTHUR JAMES, and STACEY M. ABBOTT as parents of, and successors in interest to, AARON JAMES, decedent |
| Kaveh Navab<br>Audrey Valli<br>NAVAB LAW, APC<br>13160 Mindanao Way, Suite 280<br>Marina Del Rey, California 90292<br>Tel:  (310) 826-1002<br>Email: navablaw@gmail.com<br>audrey.navablaw@gmail.com<br>ashley.navablaw@gmail.com | Attorneys for Plaintiffs ARTHUR JAMES, and STACEY M. ABBOTT as parents of, and successors in interest to, AARON JAMES, decedent |
| Law offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA  91367<br>TEL: (818) 347-3333<br>Fax:  (818) 347-4118<br>Email: dalekgalipo@yahoo.com | Attorneys for ESTATE OF AARON JAMES, including all SII to Aaron James; Minors, HMJ and LJJ, by and through their prospective GAL, Linda Sweet, and Colleen Manghane, Robert Manghane, Stacey Abbott, and Arthur James |

PROOF OF SERVICE