# Exhibit C

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs* COLLEEN MANGHANE
and ROBERT MANGHANE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive, <br><br> Defendants. | Case No.: 5:25-cv-01107 <br><br> Related Case No.: <br> Case 5:25-cv-00140-WLH-SHK <br><br> *Hon. District Judge Wesley L. Hsu* <br> *Hon. Mag. Judge Shashi H. Kewalramani* <br><br> **PLAINTIFF'S OBJECTION TO DEFENDANTS' SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS ON CANYON RIDGE HOSPITAL MEDICAL RECORDS** |

**TO DEFENDANTS AND THROUGH THEIR COUNSEL OF RECORD:**

Plaintiffs hereby object to the inspection, copying, and/or production of any and all information and/or documents in response to the subpoena served by Defendants upon Canyon Ridge Hospital, Medical Records, including any and all documents, medical records, and all writings, including, but not limited to any records/reports, physical therapy records, surgical records, sign-in/sign out sheets, emergency room, inpatient and outpatient charts and records, correspondence

-1-                    Case No. 5:23-cv-01562-CBM-SHK

OBJECTION TO SUBPOENA

records, imaging studies, patient questionnaires, pathology reports, radiology reports, medical administration reports, diagnostic reports, prescriptions records, and any all psychiatric, psychological, drug, alcohol abuse, dependency treatments, evaluations, reports, records, tests and test results, documents which indicate date and time of patient's appointment from any and all doctors, health care providers, health departments, and emergency rooms pertaining to the care, treatment and examination of Aaron Arthur James, DOB 7/19/06.

Plaintiffs object on the grounds that he has not waived any privileges and does not consent to the production of such privileged or private documents and/or information related to Plaintiff's medical treatment from the date of the incident to the present; including any medical, billing, radiology, or other such records, documents, and/or information.  Plaintiff further objects on the grounds that the subpoena is overbroad, fails to seek documents that are reasonably likely to lead to the discovery of admissible evidence, and violates Plaintiff's right to privacy. Plaintiffs contend that disclosing such documents and/or information would be a violation of the Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 299b-2, 45 C.F.R. §§ 164.502(a), 164.508(a)(l), the California Confidentiality of Medical Information Act, Cal. Civ. Code § 56.10, and his California constitutional right to privacy concerning medical information under Cal. Const. art I, § 1.

Dated: June 10, 2025

LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff

-2-                    Case No. 5:23-cv-01562-CBM-SHK

OBJECTION TO SUBPOENA

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I am employed in the CITY of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action.  My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On June 10, 2025, I served the foregoing document described as: **PLAINTIFF'S OBJECTION TO DEFENDANTS' SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified on the attached service list.

METHOD OF SERVICE

☐  (BY MAIL) I enclosed the documents in a sealed envelope or package addressed to the parties at the addresses specified on the attached service list.

    ☐  I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

    ☒  I placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒  (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 10, 2025, at Woodland Hills, California.

                              */s/ Stefany Anderson*
                               Stefany Anderson

-3-        Case No. 5:23-cv-01562-CBM-SHK

SERVICE LIST

Lynberg & Watkins
Shannon L.Gustafson, Esq. SBN 228856
1100 W. Town & Country Road #1450
Orange, CA 92868
Attorney for Defendant
Emai:
sgustafson@lynberg.com


Emely Faburrieta, Esq.
Houman Sayaghi, Esq.
Andrew Talebi, Esq.
Aryan Behnamjou, Esq.
West Coast Trial Lawyers, APLC
350 S. Grand Avenue, Suite 3350
Los Angeles, CA 90071
Attorneys for Plaintiffs Arthur James, and Stacey M. Abbott
Email:
emely@westcoasttriallawyers.com
andrew@westcoasttriallawyers.com
filings@westcoasttriallawyers.com
aryan@westcoasttriallawyers.com


Kaveh Navab
Audrey Valli
NAVAB LAW, APC
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Attorney for Plaintiffs Arthur James, and Stacey M. Abbott
Email:
navablaw@gmail.com
audrey.navablaw@gmail.com
ashley.navablaw@gmail.com

-4-                    Case No. 5:23-cv-01562-CBM-SHK
OBJECTION TO SUBPOENA