# Exhibit D

| | |
|---|---|
| **From:** | Angelica S. Calderon |
| **To:** | Shannon Gustafson; Edward Southcott; Ayako W. Peters |
| **Subject:** | In re James - Aithorization for Canyon Ridge Hospital - FW: Order# 282539-1-1, -1-2, -1-3 |
| **Date:** | Monday, March 2, 2026 9:27:08 AM |
| **Attachments:** | Outlook-A black an.png |
| | Authorization for Release of Information-pdf.pdf |
| | image001.jpg |

Hi team,

See attachment and email below.



ANGELICA S. CALDERON

PARALEGAL

Off: (714) 937-1010    Fax: (714) 937-1003

1100 W. Town & Country Rd., Suite 1450

Orange, California 92868

www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Cathy Leal <Cathy.Leal@lexitaslegal.com>

**Sent:** Monday, March 2, 2026 9:06 AM

**To:** Angelica S. Calderon <acalderon@lynberg.com>

**Subject:** Order# 282539-1-1, -1-2, -1-3

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hello Angelica

Please be advised that Canyon Ridge Hospital is a psychiatric hospital.  We will need a signed release to secure records.

Copy of their blank release is attached

**Cathy Leal**

**Director Of Operations**

**Direct: 714**-990-6111
**Main:** 800-676-2401

**Critical to the Case™**

[Court Reporting](#)   [Record Retrieval](#)

[Process Service](#)   [Legal Talent](#)

**Record Insights?** - AI chronology tool for medical records. **Learn more.**

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.