# Exhibit F

| | |
|---|---|
| **From:** | Edward Southcott |
| **To:** | Kaveh Navab; Aryan Behnamjou; Houman Sayaghi |
| **Cc:** | Ayako W. Peters; Karla Fonseca |
| **Subject:** | FW: James v. County of San Bernardino et al. |
| **Date:** | Friday, March 13, 2026 4:42:15 PM |
| **Attachments:** | image001.jpg |
| | West Coast Trial Lawyers, APLC.pdf |
| | image002.jpg |

Good afternoon Counsel,

I'm following up on this meet and confer letter from March 3, 2026, as I do not believe we have received the signed authorization form from your client.  Please return to signed form as soon as possible to avoid unnecessary motion work.

Ed

EDWARD SOUTHCOTT
Off: (714) 937-1010    Fax: (714) 937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com       www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Karla Fonseca <kfonseca@lynberg.com>
**Sent:** Tuesday, March 3, 2026 9:32 AM
**To:**
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Edward Southcott <esouthcott@lynberg.com>; Gloria Pence <gpence@lynberg.com>
**Subject:** James v. County of San Bernardino et al.

Dear Counsel:

Attached please find correspondence in the above-referenced matter.

Sincerely,

Karla Fonseca

*KARLA V. FONSECA*
LEGAL ASSISTANT TO
Tamara Heathcote, Esq.
Edward J. Southcott, Jr., Esq.
Garros Chan, Esq.
Tanner E. Petchul, Esq.

MAIN:        (714) 937-1010
FACSIMILE: (714) 937-1003
DIRECT:      (714) 352-3543
EMAIL: KFONSECA@LYNBERG.COM



A logo with a square and a square in it Description automatically generated

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com     www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.