# Exhibit G

| **From:** | Edward Southcott |
| **To:** | ACCV Chambers |
| **Cc:** | Shannon Gustafson; Gloria Pence; Karla Fonseca; Kaveh Navab; Aryan Behnamjou; Houman Sayaghi; Keven Martinez; Audrey Valli; Ayako W. Peters; Dana Cisneros |
| **Subject:** | RE: Request for Discovery Dispute Video Conference - Arthur James, et .al. v. County of San Bernardino, et. al. 5:25-cv-00140 WLH(ACCV) |
| **Date:** | Wednesday, April 1, 2026 2:16:29 PM |
| **Attachments:** | image001.jpg<br>image002.png |

Good afternoon,

Following the court's email, Plaintiff provided the signed authorization that was the subject of the discovery dispute.  As such, Defendants are withdrawing our request for a pre-motion discovery conference. Thank you to the court.


Sincerely,

EDWARD SOUTHCOTT
Off: (714) 937-1010    Fax: (714) 937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com    www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.


**From:** ACCV Chambers <ACCV_Chambers@cacd.uscourts.gov>
**Sent:** Wednesday, April 1, 2026 12:08 PM
**To:** Edward Southcott <esouthcott@lynberg.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>; Kaveh Navab <navablaw@gmail.com>; Aryan Behnamjou <aryan@westcoasttriallawyers.com>; Houman Sayaghi <houman@westcoasttriallawyers.com>; Keven Martinez <keven@westcoasttriallawyers.com>; Audrey Valli <audrey.navablaw@gmail.com>; Ayako W. Peters <apeters@lynberg.com>; Dana Cisneros <Danalyn_Castellanos@cacd.uscourts.gov>
**Subject:** RE: Request for Discovery Dispute Video Conference - Arthur James, et .al. v. County of San Bernardino, et. al. 5:25-cv-00140 WLH(ACCV)

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Good afternoon, counsel.

Pursuant to Judge Viramontes's procedures, once the parties have met and conferred and reached impasse, the movant is to submit a neutral statement of the dispute along with a brief description of **each party's position**, with each party providing its own position.

While it appears that Defendant has attempted to meet and confer as required by Local Civil Rule 37-1, Plaintiff's position remains unclear. The email below also does not set forth Plaintiff's position for purposes of complying with the Court's pre-motion conference requirements.

Accordingly, Plaintiff(s) please provide your position by close of business on **4/8/2026 at 5:00 p.m.** If no response is received, we will proceed with escalating this issue to the Magistrate Judge for further direction, and the lack of submission may be deemed non-responsive.

Sincerely,

Relief CRD

**From:** Edward Southcott <esouthcott@lynberg.com>
**Sent:** Wednesday, April 1, 2026 11:59 AM
**To:** ACCV Chambers <ACCV_Chambers@cacd.uscourts.gov>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>; Kaveh Navab <navablaw@gmail.com>; Aryan Behnamjou <aryan@westcoasttriallawyers.com>; Houman Sayaghi <houman@westcoasttriallawyers.com>; Keven Martinez <keven@westcoasttriallawyers.com>; Audrey Valli <audrey.navablaw@gmail.com>; Ayako W. Peters <apeters@lynberg.com>
**Subject:** Request for Discovery Dispute Video Conference - Arthur James, et .al. v. County of San Bernardino, et. al. 5:25-cv-00140 WLH(ACCV)

**CAUTION - EXTERNAL:**

Dear Clerk of Court,

Defendants are requesting a Pre-Motion Discovery Dispute Video Conference, in accordance with Magistrate Judge Viramontes' requirements, as follows:

**Arthur James, et. al. v. County of San Bernardino, et. al. 5:25-cv-00140**

**1)     Discovery Cutoff Date** – November 20, 2026

**2)     Defendant's Available Dates (None provided by Plaintiffs)**

April 8, 2026
April 22, 2026
April 29, 2026

**3)     Neutral Statement of the Dispute**

On February 27, 2026, Defendants issued a subpoena to Canyon Ridge Hospital for "Any and all medical records, pertaining to Aaron Arthur James, DOB: 07/19/2006, SSN: , including but not limited to: any and all emergency room records, history and physicals, admission and discharge summaries, radiology reports, pathology reports, flow sheets, medication and/or prescription logs- including samples log(s), nurses notes, consultations, tests, test results, diagnoses, prognoses, therapy records, correspondence, photographs, archived records, any and all documents which may be contained in patient file from other care providers, including patient information sheet, handwritten notes, telephone messages, electronic media and any correspondence pertaining to the patient." Plaintiffs did not object to the subpoena.

Canyon Ridge Hospital notified Defendants that they will not comply with the subpoena, absent a signed authorization from one of Decedent's parents, the Plaintiffs, Arthur James and Stacey Abbott. Despite meet and confer efforts, including a March 3, 2026 meet and confer letter to Plaintiffs, a March 13, 2026 follow-up email to Plaintiff's counsel, a March 23, 2026 follow-up email to Plaintiff's counsel, and a March 23, 2026 telephone conference with Plaintiff's counsel during which Plaintiff's counsel agreed to provide the signed authorization, Plaintiffs have not provided the signed authorization. On March 30, 2026, Defense counsel e-mailed Plaintiff's counsel and requested Plaintiff's input for this Conference Request. Instead of providing input and available dates, Plaintiff's counsel responded that they would provide the signed authorization on March 31, 2026.  However, Plaintiff has still failed to provide the signed authorization. As such, Defendants will respectfully request this Court order Canyon Ridge Hospital to comply with the subpoena.

4)     **Brief Description of Each Party's Position on the Dispute**

Defendants

Decedent was receiving treatment for his mental health issues at Desert Valley Hospital and was in the process of being transferred to Canyon Ridge Hospital when he absconded, after which the incident in question occurred and Decedent was killed in a confrontation with law enforcement. Additionally, Plaintiffs have put Decedent's mental state at issue by alleging County Defendants' failure to take necessary steps to address Decedent's alleged mental health crisis during the incident. (Dkt. No. 105 - Plaintiffs' Operative Complaint).  Therefore, Defendants are entitled to discovery concerning Plaintiff's record for his mental health condition at the time of the incident.

Plaintiffs

Plaintiffs did not provide input for this request, as detailed above.


Sincerely,


EDWARD SOUTHCOTT
Off: (714) 937-1010    Fax: (714) 937-1003



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.