# Exhibit H



March 3, 2026

**<u>VIA EMAIL ONLY</u>**

Navab Law, APC
Kaveh Navab, Esq.
Audrey E. Valli, Esq.
NavabLaw@gmail.com

Neama Rahmani, Esq
Houman Sayaghi, Esq.
Aryan Behnamjou, Esq.
West Coast Trial Lawyers, APLC
aryan@westcoasttriallawyers.com
houman@westcoasttriallawyers.com

<blockquote>

Re:    ***James v. County of San Bernardino et al.***
          Meet and Confer Local Rule 37-1 Re: Decedent Aaron James'
          Canyon Ridge Hospital Medical Record

</blockquote>

Dear Counsel:

As you are aware, our office represents Defendants County of San Bernardino, Fernando Gonzalez, Justin Snyder, Michael McMahon, Blaine Fleming, Brandon Ventre, and Christopher Cherms ("Defendants") in the above referenced case. This correspondence is being sent regarding the need for Plaintiff Arthur James' signed authorization concerning Decedent Aaron James' records from Canyon Ridge Hospital.

Despite there being no objection by Plaintiffs or the Defendants, the aforementioned facility is still demanding a signed authorization to release records from either of Decedent's parents, Arthur James or Stacey Abbott. As such, please return the attached authorization document so that the records can be released to Defendants. Defendants agree to provide Plaintiffs' counsel with a true and correct copy of the records received from the aforementioned California facility.

Thank you for your anticipated attention to the foregoing.

Very truly yours,

**SHANNON L. GUSTAFSON**

SLG/gp

**LOS ANGELES**

1150 S. Olive Street
Eighteenth Floor
Los Angeles, CA 90015
Tel  213-624-8700
Fax 213-892-2763

**ORANGE COUNTY**

1100 Town & Country Road
Suite #1450
Orange, CA 92868
Tel  714-937-1010
Fax  714 937-1003

**SAN DIEGO**

185 West F Street
4th Floor
San Diego, CA 92101
Tel 619-814-2169
Fax 619-356-4968

**REPLY TO ORANGE COUNTY**

# CANYON RIDGE HOSPITAL
## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

Patient Name: _____    Birth Date: _____

Maiden/Prior Names: _____    Current Phone #: _____

Current Address: _____    Last 4 of SS#: _____

**To be released to or requested from:**

☐ Self (address above)

☐ _____    (____)_____    _____

    Agency/Organization             Telephone Number            Street Address

_____    (____)_____    _____

    Name / Attention to              Fax Number             City       State      Zip Code

**Via (only when released to):** ☐ Mail ☐ Fax ☐ Email: _____

**Dates of Service Requested**: _____

☐ I authorize the release of the following information <u>including</u> all records that include any substance use disorder and/or substance use disorder treatment records, or

☐ I authorize the release of the following information <u>excluding</u> all records that include any substance use disorder and/or substance use disorder treatment records, or

Only the information and records indicated below (check all that apply and /or specific if **"Other is checked**):

☐ Psychiatric Evaluation                      ☐ Physician Orders

☐ History and Physical                         ☐ Lab/Diagnostic Reports

☐ Discharge Summary                       ☐ HIV Test Results and AIDS Treatment Records

☐ Progress Notes                            ☐ Other: _____

**This authorization will expire on** ____/____/20____. (If not indicated, authorization will expire <u>one year</u> from signature date)

**This form must be completed in full before signing:**

_____    _____    _____

**Patient's signature** (required for ages 13 and older)    Date Signed    **Print Patient's name**

_____    _____    _____    _____

**Parent/Legal Guardian signature** (if patient is a minor)    Date Signed    **Print Parent/Legal Guardian name**    Relationship to Patient

_____    _____

Witness signature/Credentials    Date Signed

This authorization is intended to allow Canyon Ridge Hospital to release information, both written and verbal, for the specific purpose and life of the release and in the best interest of the patient. This release of information demonstrates compliance with the Health Insurance Portability and Accountability Act (HIPAA), Standards for Privacy of Individually Identifiable Health Information (Privacy Standards), 45 CFR 160 and 164, and all federal regulations and interpretive guidelines promulgated there under. Any information protected by Federal Regulations governing confidentiality of alcohol and drug abuse patient records (42 CFR, Part 2) is prohibited from further disclosure by the recipient without specific authorization for such re-disclosure.

You have the right to revoke this authorization, by written request, at any time. Exceptions to this can be reviewed in the Notice of Privacy Practices. The revocation will not apply to information that has already been released in response to this authorization. Once the above information is disclosed, it may be subject to redisclosure by the recipient and may no longer be protected by federal regulations. Your right to inspect and receive a copy of the information that is to be disclosed. Choosing not to sign this authorization will prevent the above indicated purpose from being achieved. Treatment or payment for services is not conditioned on signing this authorization. A fee may be associated with the copying of my information in the processing of this request.

_____    _____

    Revocation Signature              Date/Time

_____

5353 G Street, Chino, CA 91710 | Tel: (909) 590-3700 x4099 | Fax: (909) 590-4038