# Exhibit I

# CANYON RIDGE HOSPITAL

#### Your Center for Mental Health

**Lisa  ROI**
**Phone 909-590-4099**
**Fax 909-590-4038**

**Date: 04/13/2026**

**Attn: Lexitas**

**Re: James, Aaron**
**Subpoena – Canyon Ridge Hospital**
**Case No. 5:25-cv-00140-WLH-ACCVx**
**File No: 282539-1-1**

To Whom It May Concern:

Canyon Ridge Hospital was served with the above-referenced Subpoena, which seeks production of medical records of Aaron James. Canyon Ridge Hospital objects to the Subpoena for the reasons stated below.

Canyon Ridge Hospital is governed by federal and state laws that address the privacy and confidentiality of our clients and their records. Because the subpoena requests records concerning medical treatment, it is subject to state and federal privacy laws, including HIPAA. The subpoena did not contain any notice to the patient concerning your request for protected health information.

HIPAA permits covered entities to disclose PHI "[i]n response to a subpoena, discovery request, or other lawful process, that is not accompanied by an order of a court or administrative tribunal, if: (A) The covered entity receives satisfactory assurance, as described in HIPAA from the party seeking the information that reasonable efforts have been made by such party to ensure that the individual who is the subject of the PHI that has been requested has been given notice of the request ("Disclosure A"); or (B) The covered entity receives satisfactory assurance, as described in HIPAA, from the party seeking the information that reasonable efforts have been made by such party to secure a qualified protective order that meets the requirements of HIPAA ("Disclosure B")." (Disclosure A, together with Disclosure B, collectively the "Subpoena Disclosure"). See 45 C.F.R. § 164.512(e)(1)(i).

As it relates to subpoena requests, prior to responding to subpoena requests, a covered entity must comply with HIPAA's requirements or seek an authorization from the individual subject to the subpoena that complies with the requirements above.

Canyon Ridge Hospital objects to the production of the records requested by the subpoena, as the subpoena requests Mental Health Records, which are protected under the Lanterman-Petris-Short Act, California Welfare and Institutions Code, Section 5328 et seq. ("LPS Act"). The LPS Act broadly applies to "[a]ll information and records obtained in the course of providing services" by covered facilities and imposes strict restrictions on the disclosure of such information or records without a patient's authorization. The

LPS Act expressly permits disclosure under certain circumstances, including "to the courts, as necessary to the administration of justice." However, this provision has been interpreted narrowly to allow the release of information only directly to a court pursuant to a court order. See Riverside County v. Superior Court, 42 Cal.App.3d 478 (1974) (disclosure not permitted to State Board of Chiropractic Examiners, because the language of the exception applies to "courts"). Disclosure is not permitted to a requesting party merely in response to a subpoena. Rather, the LPS Act only permits production in response to a valid authorization from the patient or a court order unless another exception permitting disclosure applies). Even if a court order is obtained, the records may only be produced directly to the court.

Missing patient signature on release of records form. Needs to have Lexitas name on the medical records release form. Needs to be a wet signature. Need $15.00 check to process records.

I am attaching a compliant Release of Information form from Canyon Ridge Hospital.

Please let me know if you are willing to have the ROI properly executed and returned to me, if you are willing to obtain a court order, or if you know of any section of the code that would allow for disclosure of the records without an authorization or court order. Our intent is not to be difficult. Rather, we object to ensure that we meet our obligations under state and federal privacy laws.

Sincerely,

Lisa Jhin

Canyon Ridge Hospital

# CANYON RIDGE HOSPITAL
## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

Patient Name: _____     Birth Date: _____
Maiden/Prior Names: _____     Current Phone #: _____
Current Address: _____     Last 4 of SS#: _____

**To be released to or requested from:**

☐ Self (address above)

☐ _____  (___)_____  _____
   Agency/Organization                Telephone Number         Street Address

   _____  (___)_____  _____  _____  _____
   Name / Attention to                Fax Number               City       State      Zip Code

**Via (only when released to):** ☑ Mail    ☐ Fax    ☐ Email: _____

**Admission Date and Discharge Date:** _____

☐ I authorize the release of the following information <u>including</u> all records that include any substance use disorder and/or substance use disorder treatment records, or

☐ I authorize the release of the following information <u>excluding</u> all records that include any substance use disorder and/or substance use disorder treatment records, or

Only the information and records indicated below (check all that apply and /or specific if "Other is checked):

☐ Psychiatric Evaluation                        ☐ Lab/Diagnostic Reports
☐ History and Physical                          ☐ HIV Test Results and AIDS Treatment Records
☐ Discharge Summary                             ☐ Other: _____

**This authorization will expire on** ____/____/20____ . (If not indicated, authorization will expire <u>one year</u> from signature date)

**This form must be completed in full before signing:**

_____  _____  _____
Patient's signature (required for ages 13 and older)   Date Signed        Print Patient's name

_____  _____  _____  _____
Parent/Legal Guardian signature (if patient is a minor)   Date Signed   Print Parent/Legal Guardian name   Relationship to Patient

_____  _____
Witness signature/Credentials       Date Signed

This authorization is intended to allow Canyon Ridge Hospital to release information, both written and verbal, for the specific purpose and life of the release and in the best interest of the patient. This release of information demonstrates compliance with the Health Insurance Portability and Accountability Act (HIPAA), Standards for Privacy of Individually Identifiable Health Information (Privacy Standards), 45 CFR 160 and 164, and all federal regulations and interpretive guidelines promulgated there under. Any information protected by Federal Regulations governing confidentiality of alcohol and drug abuse patient records (42 CFR, Part 2) is prohibited from further disclosure by the recipient without specific authorization for such re-disclosure.

You have the right to revoke this authorization, by written request, at any time. Exceptions to this can be reviewed in the Notice of Privacy Practices. The revocation will not apply to information that has already been released in response to this authorization. Once the above information is disclosed, it may be subject to redisclosure by the recipient and may no longer be protected by federal regulations. Your right to inspect and receive a copy of the information that is to be disclosed. Choosing not to sign this authorization will prevent the above indicated purpose from being achieved. Treatment or payment for services is not conditioned on signing this authorization. A fee may be associated with the copying of my information in the processing of this request.

_____  _____
Revocation Signature                Date/Time

5353 G Street, Chino, CA 91710 | Tel: (909) 590-4099 | Fax: (909) 590-4038
Email: CANYONRIDGEHIMROI@uhsinc.com

# CANYON RIDGE HOSPITAL
## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

*(handwritten: Need Lexitas name)*

Patient Name: Aaron Arthur James      Birth Date: 07/18/2007
Maiden/Prior Names: _____      Current Phone #: _____
Current Address: _____      Last 4 of SS#: 7099

To be released to or requested from:

☐ Self (address above)

| | | |
|---|---|---|
| [X] LYNBERG & WATKINS | ( 714 ) 937-1010 | 1100 W. Town & Country Road, Suite 1450 |
| Agency/Organization | Telephone Number | Street Address |
| Shannon L. Gustafson | ( 714 ) 937-1003 | Orange    California    92868 |
| Name / Attention to | Fax Number | City    State    Zip Code |

Via (only when released to): ☐ Mail    ☐ Fax    [X] Email: sgustafson@lynberg.com

Dates of Service Requested: 07/18/2007 - Present

[X] I authorize the release of the following information **including** all records that include any substance use disorder and/or substance use disorder treatment records, or

☐ I authorize the release of the following information **excluding** all records that include any substance use disorder and/or substance use disorder treatment records, or

Only the information and records indicated below (check all that apply and /or specific if "Other is checked):

[X] Psychiatric Evaluation      [X] Physician Orders
[X] History and Physical      [X] Lab/Diagnostic Reports
[X] Discharge Summary      ☐ HIV Test Results and AIDS Treatment Records
[X] Progress Notes      ☐ Other: _____

This authorization will expire on ____/____/20____. (If not indicated, authorization will expire **one year** from signature date)

This form must be completed in full before signing:

*(handwritten: Need Patient Signature)*

| | | | |
|---|---|---|---|
| Patient's signature (required for ages 13 and older) | Date Signed | Print Patient's name | |
| *Stacey Marie Abbott (Apr 1, 2026 13:06:23 PDT)* | Apr 1, 2026 | Stacey Abbott | Mother |
| Parent/Legal Guardian signature (if patient is a minor) | Date Signed | Print Parent/Legal Guardian name | Relationship to Patient |

| | |
|---|---|
| Witness signature/Credentials | Date Signed |

This authorization is intended to allow Canyon Ridge Hospital to release information, both written and verbal, for the specific purpose and life of the release and in the best interest of the patient. This release of information demonstrates compliance with the Health Insurance Portability and Accountability Act (HIPAA), Standards for Privacy of Individually Identifiable Health Information (Privacy Standards), 45 CFR 160 and 164, and all federal regulations and interpretive guidelines promulgated there under. Any information protected by Federal Regulations governing confidentiality of alcohol and drug abuse patient records (42 CFR, Part 2) is prohibited from further disclosure by the recipient without specific authorization for such re-disclosure.

You have the right to revoke this authorization, by written request, at any time. Exceptions to this can be reviewed in the Notice of Privacy Practices. The revocation will not apply to information that has already been released in response to this authorization. Once the above information is disclosed, it may be subject to redisclosure by the recipient and may no longer be protected by federal regulations. Your right to inspect and receive a copy of the information that is to be disclosed. Choosing not to sign this authorization will prevent the above indicated purpose from being achieved. Treatment or payment for services is not conditioned on signing this authorization. A fee may be associated with the copying of my information in the processing of this request.

| | |
|---|---|
| Revocation Signature | Date/Time |

5353 G Street, Chino, CA 91710 | Tel: (909) 590-3700 x4099 | Fax: (909) 590-4038