# Exhibit J

| | |
|---|---|
| **From:** | Angelica S. Calderon |
| **To:** | Shannon Gustafson; Edward Southcott; Ayako W. Peters |
| **Subject:** | James \| Canyon Ridge Hospital Order# 282539 1-1 |
| **Date:** | Friday, June 12, 2026 10:30:48 AM |
| **Attachments:** | image002.png |
| | Authorization for Release of PHI -.pdf |

It looks like Canyon Ridge did not want to accept our old authorization or redacted death certificate.

See email below:

"Received a new response from Canyon Ridge today:

**Spoke with Lisa in Medical Records. request cannot be processed until an updated release form is provided with a wet signature from the guardian listed on the death certificate, the requester's name included on the release, and a death certificate that clearly shows the guardian's full name without redactions.**

We sent the death certificate, and they are still having issues- such a pain"

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Thursday, June 11, 2026 1:57 PM
**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Re: Order# 282539 1-1 Aaron Arthur James \| Canyon Ridge Hospital

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Angelica

Received a new response from Canyon Ridge today:

**Spoke with Lisa in Medical Records. request cannot be processed until an updated release form is provided with a wet signature from the guardian listed on the death certificate, the requester's name included on the release, and a death certificate that clearly shows the guardian's full name without redactions.**

We sent the death certificate, and they are still having issues- such a pain



| | |
|---|---|
| **Carrie Page**<br>**Account Manager**<br><br>**Direct:** 714-990-6112<br>**Main:** 800-676-2401 | **Critical to the Case™**<br><br>Court Reporting  Record Retrieval<br><br>Process Service  Legal Talent |

**Record Insights®** - AI chronology tool for medical records. **Learn more.**

---

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Thursday, May 28, 2026 2:18 PM
**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Re: Order# 282539 1-1 Aaron Arthur James | Canyon Ridge Hospital

No worries, thank you so much



**Carrie Page**
**Account Manager**

**Direct:** 714-990-6112
**Main:** 800-676-2401

**Critical to the Case™**

Court
Reporting          Record Retrieval

Process            Legal Talent
Service

**Record Insights®** - AI chronology tool for medical records. **Learn more.**

---

**From:** Angelica S. Calderon <acalderon@lynberg.com>
**Sent:** Thursday, May 28, 2026 10:43 AM
**To:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Subject:** RE: Order# 282539 1-1 Aaron Arthur James | Canyon Ridge Hospital

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Sorry, did I not send this to you?
It came from the court and they had the redacted version.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work

product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Wednesday, May 27, 2026 3:58 PM
**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Re: Order# 282539 1-1 Aaron Arthur James | Canyon Ridge Hospital

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Angelica

Just following up to my prior email

Thank you

**LEXITAS**

**Carrie Page**
**Account Manager**

**Direct:** 714-990-6112
**Main:** 800-676-2401

**Critical to the Case™**

Court Reporting          Record Retrieval

Process Service          Legal Talent

**Record Insights®** - AI chronology tool for medical records. **Learn more.**

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Monday, April 20, 2026 3:48 PM

**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Re: Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

Hi Angelica

I called and spoke to Lisa in medical records, I advised the patient is deceased and the mom signed.  She said she would need a copy of the death certificate with the mom listed on it in order to release the records

**LEXITAS**

**Carrie Page**
**Account Manager**

**Critical to the Case™**

**Direct:** 714-990-6112
**Main:** 800-676-2401

Court
Reporting            Record Retrieval

Process              Legal Talent
Service

**Record Insights®** - AI chronology tool for medical records. **Learn more.**

**From:** Angelica S. Calderon <acalderon@lynberg.com>
**Sent:** Friday, April 17, 2026 2:02 PM
**To:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Subject:** RE: Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Hi Carrie,

For this subpoena, can you please let them know patient is deceased and his next of kin signed the authorization. Not sure what they will need from us but we are not able to tell NOK how to fill it out and not write our name.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com       www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

---

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Thursday, April 16, 2026 2:05 PM
**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Re: Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Under this order they are rejected it because:

Received a call from Lisa stating they cannot accept the autho because it needs to be signed by the patient. It only has mother's name typed and also the name Lexitas needs to be on that autho for release, and it just states lynberg.
She wil also let us know in writing.

But the order where they were going to have the patient come in and sign was for Asima Delgadillo at Redwood Counseling- different case



**Carrie Page**
**Account Manager**

**Direct:** 714-990-6112
**Main:** 800-676-2401

**Critical to the Case™**

[Court Reporting](#)          [Record Retrieval](#)

[Process Service](#)          [Legal Talent](#)

**Record Insights®** - [AI chronology tool for medical records. **Learn more.**](#)

---

**From:** Angelica S. Calderon <[acalderon@lynberg.com](mailto:acalderon@lynberg.com)>
**Sent:** Thursday, April 16, 2026 1:01 PM
**To:** Carrie Page <[Carrie.Page@lexitaslegal.com](mailto:Carrie.Page@lexitaslegal.com)>
**Subject:** RE: Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

The release was signed...I sent it to you but they came saying patient had to sign.

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010     Fax: (714) 937-1003



**LYNBERG & WATKINS**

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
[www.lynberg.com](http://www.lynberg.com)          [www.linkedin.com](http://www.linkedin.com)

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or

printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

---

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Wednesday, April 15, 2026 4:52 PM
**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Re: Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

> CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Angelica

They still need a medical release, is anyone representing him on his behalf that could sign the release?

**LEXITAS**

**Carrie Page**
**Account Manager**

**Direct:** 714-990-6112
**Main:** 800-676-2401

**Critical to the Case™**

Court Reporting          Record Retrieval

Process Service          Legal Talent

**Record Insights®** - AI chronology tool for medical records. **Learn more.**

---

**From:** Angelica S. Calderon <acalderon@lynberg.com>
**Sent:** Wednesday, April 15, 2026 3:29 PM
**To:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Subject:** RE: Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Carrie,

Are you able to contact Canyon Ridge and let them know that patient is deceased?

ANGELICA S. CALDERON
PARALEGAL
Off: (714) 937-1010    Fax: (714) 937-1003



# LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Carrie Page <Carrie.Page@lexitaslegal.com>
**Sent:** Tuesday, April 14, 2026 4:32 PM
**To:** Angelica S. Calderon <acalderon@lynberg.com>
**Subject:** Order# 282539 Aaron Arthur James | Canyon Ridge Hospital

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Hi Angelica

Please see attached rejection we received from Canyon Ridge Hospital

Thank you



**Carrie Page**

**Account Manager**

**Direct:** 714-990-6112
**Main:** 800-676-2401

**Critical to the Case™**

Court
Reporting

Record Retrieval

Process
Service

Legal Talent

**Record Insights®** - AI chronology tool for medical records. **Learn more.**

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.