# Exhibit K

| | |
|---|---|
| **From:** | Edward Southcott |
| **To:** | Kaveh Navab |
| **Cc:** | Keven Martinez; Aryan Behnamjou; Shannon Gustafson; Gloria Pence; Houman Sayaghi; Audrey Valli; Jennifer; Ayako W. Peters; Karla Fonseca |
| **Bcc:** | In re_ James E_ Mails |
| **Subject:** | RE: James v. County of San Bernardino, et al. - Future Dates |
| **Date:** | Monday, April 27, 2026 2:38:03 PM |
| **Attachments:** | image002.png |
| | image003.png |

Unless I'm mistaken, I believe that death certificate was heavily redacted, including redaction of his mother's name.  As such, I don't think the hospital is going to accept it as proof that Ms. Abbott is Decedent's mother.

EDWARD SOUTHCOTT
Off: (714) 937-1010    Fax: (714) 937-1003



## LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com      www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Kaveh Navab <navablaw@gmail.com>
**Sent:** Monday, April 27, 2026 2:18 PM
**To:** Edward Southcott <esouthcott@lynberg.com>
**Cc:** Keven Martinez <keven@westcoasttriallawyers.com>; Aryan Behnamjou <aryan@westcoasttriallawyers.com>; Shannon Gustafson <sgustafson@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Houman Sayaghi <houman@westcoasttriallawyers.com>; Audrey Valli <audrey.navablaw@gmail.com>; Jennifer <jennifer.navablaw@gmail.com>; Ayako W. Peters <apeters@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>
**Subject:** Re: James v. County of San Bernardino, et al. - Future Dates

> CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Edward-

Plaintiffs filed a declaration with the death certificate earlier in the case.

On Mon, Apr 20, 2026 at 5:29 PM Edward Southcott <esouthcott@lynberg.com> wrote:

Good afternoon,

Thank you again for sending the signed authorization form.  Unfortunately, Canyon Ridge Hospital is not demanding a copy of the death certificate listing Ms. Abbott as Decedent's mother before they will release the records. Can you please provide a copy of the death certificate?

EDWARD SOUTHCOTT
Off: (714) 937-1010    Fax: (714) 937-1003



LYNBERG & WATKINS

1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com     www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Keven Martinez <keven@westcoasttriallawyers.com>
**Sent:** Wednesday, April 1, 2026 1:10 PM
**To:** Aryan Behnamjou <aryan@westcoasttriallawyers.com>; Edward Southcott <esouthcott@lynberg.com>; Kaveh Navab <navablaw@gmail.com>
**Cc:** Shannon Gustafson <sgustafson@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Houman Sayaghi <houman@westcoasttriallawyers.com>; Audrey Valli <audrey.navablaw@gmail.com>; Jennifer <jennifer.navablaw@gmail.com>; Ayako W. Peters <apeters@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>
**Subject:** RE: James v. County of San Bernardino, et al. - Future Dates
**Importance:** High

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Counsel,

The signed authorization is attached.

Best regards,