SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ; JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE AND CHRISTOPHER CHERMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT; COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-15, inclusive,<br><br>Defendants. | MASTER CASE NO. 5:25-cv-00140 WLH (ACCVx)<br><br>*Consolidated with 5:25-cv-01107-JGB (DTB)*<br><br>*Assigned for All Purposes to Honorable Wesley L. Hsu*<br><br>*Magistrate Judge: Angela C.C. Viramontes*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ENFORCE SUBPOENA TO CANYON RIDGE HOSPITAL**<br><br>*Case No. 5:25-cv-00140-WLH (ACCV)*<br>*Complaint Filed:    January 17, 2025*<br>*FAC Filed:          March 20, 2025*<br>*SAC Filed:          May 29, 2025*<br>*TAC Filed:          February 6, 2026*<br><br>*Case No. 5:25-cv-01107-JGB (DTB)*<br>*Complaint Filed:    May 7, 2025*<br>*FAC Filed:          August 29, 2025*<br><br>*Trial Date: None Set* |

**1**
**[PROPOSED] ORDER**

## [PROPOSED] ORDER

Defendants COUNTY OF SAN BERNARDINO, FERNANDO GONZALEZ, JUSTIN SNYDER, MICHAEL MCMAHON, BLAINE FLEMING, BRANDON VENTRE, and CHRISTOPHER CHERMS' ("Defendants") Motion to Enforce Subpoena to Canyon Ridge Hospital ("Motion") came on for hearing before this Court on August 5, 2026. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendants' Motion is GRANTED.

The Court hereby orders Canyon Ridge Hospital to comply with Defendants' subpoena for medical records.

**IT IS SO ORDERED.**

DATED:

---

**HONORABLE ANGELA C.C. VIRAMONTES**
United States Magistrate Judge