Neama Rahmani, Esq. (State Bar No. 223819)
Houman Sayaghi, Esq. (State Bar No. 313695)
Aryan Behnamjou, Esq. (State Bar No. 330488)
WEST COAST TRIAL LAWYERS, APLC
1147 S Hope Street
Los Angeles, California 90015
Phone: (213) 927-3700 | Fax: (213) 927-3701
filings@westcoasttriallawyers.com

Kaveh Navab, Esq. (SBN: 280235)
navablaw@gmail.com
Audrey E. Valli, Esq. (SBN: 360441)
NAVAB LAW, APC
4052 Del Rey Avenue, Suite 102
Marina Del Rey, California 90292
Telephone: 310-826-1002
Attorneys for Plaintiff
ARTHUR JAMES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES; STACEY ABBOTT,<br><br>             Plaintiffs,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-10, inclusive,<br><br>             Defendants. | **Case No. 5:25-cv-00140-WLH-SHK**<br><br>*Hon. District Judge Wesley L. Hsu*<br>*Hon. Mag. Judge Shashi H. Kewalramani*<br><br>**SECOND JOINT STIPULATION TO CONTINUE TRIAL** |

WHEREAS Plaintiffs Stacey Abbot and Arthur James filed the Third Amended Complaint on February 6, 2026;

WHEREAS, on February 20, 2026 Defendants County of San Bernardino, Brandon Ventre, Blaine Fleming, Michael McMahon, Fernando Gonzalez, Christopher Cherms, and Justin Snyder filed an answer to the Third Amended Complaint;

WHEREAS the parties have engaged in extensive written discovery and have taken the depositions critical witnesses and of Defendants Brandon Ventre, Blaine Fleming;

WHEREAS there are numerous remaining Defendant depositions and other critical witnesses, and the parties require additional time to complete necessary written discovery, conduct fact and expert depositions, and adequately prepare the matter for mediation and trial;

WHEREAS, the parties have scheduled mediation for October 29, 2026, with mediator Richard Copeland.

WHEREAS, this is the second trial continuance requested by the parties, and the request is not made for purposes of delay, but rather to permit the case to be litigated on its merits;

WHEREAS, no party will be prejudiced by the requested continuance, and the interests of justice will be served thereby;

WHEREAS, good cause exists to continue the trial and related pretrial deadlines;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. The Parties, by the signatures of their counsel of record below, hereby stipulate and agree to continue Trial in the above-captioned matter, currently set for

-1-
JOINT STIPULATION TO CONTINUE TRIAL

April 19, 2027, at 9:00 a.m., to May 24, 2027, at 9:00 a.m., or a date thereafter to be determined by the Court;

2. The Parties, by the signatures of their counsel of record below, hereby stipulate and agree to continue the Final Pretrial Conference in the above-captioned matter, currently set for March 26, 2027, at 3:00 p.m., to May 7, 2027, at 3:00 p.m., or a date thereafter to be determined by the Court;

3. The Parties hereby agree to recalculate all discovery, discovery motion cut-off dates, all other motion cut-off dates, expert discovery cut-off dates, and associated trial and trial preparation deadlines, such that all dates flow from the new trial date as indicated in the worksheet attached as **Exhibit A**; and

4. The Parties expressly acknowledge that no harm or prejudice will result to either party, and that the interests of justice will be served by this continuance.

The Parties agree that this Stipulation may be executed in one or more counterparts and that facsimile and/or .pdf signatures to this Stipulation will serve as originals.

Dated: August 10, 2026                         NAVAB LAW, APC

By: _____ **/s/ Kaveh Navab**_____
Kaveh Navab, Esq.
Aryan Behnamjou, Esq.
Attorney for Plaintiff
ARTHUR JAMES and STACEY
ABBOTT

///
///
///

Dated: August 10, 2026

LYNBERG & WATKINS

By:\_\_/s/ **Edward Southcott**_____
Shannon L. Gustafson, Esq.
Edward Southcott
Attorneys for Defendants
COUNTY OF SAN
BERNARDINO, BRANDON
VENTRE, BLAINE FLEMING,
MICHAEL MCMAHON,
FERNANDO GONZALEZ,
CHRISTOPHER CHERMS, and
JUSTIN SNYDER

# EXHIBIT A

**JUDGE WESLEY L. HSU**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No. 5:25-CV-00140-WLH-SHK | Case Name: James et al. v. County of San Bernardino, et al. | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☑ Jury Trial or ☐ Court Trial ☐ Magistrate Judge **(_Monday_ at 9:00 a.m., within 12 months of Scheduling Conference)** Estimated Duration:    Days *Trial Subject to Trailing per Standing Order* | | 05/24/2027 | ☐ Jury Trial ☐ Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] **(_Friday_ at 3:00 p.m., at least 18 days before trial)** | | 05/07/2027 | |
| **Event [1]** **Note**: Hearings shall be on *Fridays* at 1:30pm Other dates can be any day of the week | **Weeks Before FPTC[2]** | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings / Add Parties [Friday] | | 08/07/2026 | |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 18 | 01/01/2027 | |
| Expert Disclosure (Initial) | 16 | 01/15/2027 | |
| Expert Disclosure (Rebuttal) | 14 | 01/29/2027 | |
| Expert Discovery Cut-Off | 14 | 02/15/2027 | |
| Last Date to <u>Hear</u> Motions <br>• Rule 56 Motion due at least 6 weeks before hearing; <br>• Opposition due 2 weeks after motion is filed before hearing; <br>• Reply due 1 week after Opposition is filed | 12 | 03/05/2027 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 03/12/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one:   ☐ 1. Magistrate Judge *(with Court approval)*   ☑ 2. Court's Mediation Panel   ☐ 3. Private Mediation | 5 | 03/30/2027 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)** <br>• Motions *In Limine* (except *Daubert*) <br>• Memoranda of Contentions of Fact and Law [L.R. 16-4] <br>• Witness Lists [L.R. 16-5] <br>• Joint Exhibit List [L.R. 16-6.1] <br>• Joint Status Report Regarding Settlement <br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only) <br>• Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 04/09/2027 | |
| **Trial Filings (second round)** <br>• Oppositions to Motions in Limine <br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7] <br>• Joint/Agreed Proposed Jury Instructions (jury trial only) <br>• Disputed Proposed Jury Instructions (jury trial only) <br>• Joint Proposed Verdict Forms (jury trial only) <br>• Joint Proposed Statement of the Case (jury trial only) <br>• Proposed Additional Voir Dire Questions, if any (jury trial only) <br>• Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 04/23/2027 | |

---

1  Once issued, this "schedule may be modified only for good cause and with the judge's consent."
Fed. R. Civ. P. 16(b)(4).

2 The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.