**UNTIED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JAMES, and STACEY M. ABBOTT as parents of, and successors in interest to, AARON JAMES, decedent;<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON VENTRE; BLAINE FLEMING; MICHAEL MCMAHON; FERNANDO GONZALEZ; CHRISTOPHER CHERMS; JUSTIN SNYDER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: **5:25-cv-00140-WLH-SHK**<br><br>**PARTIES |PROPOSED|ORDER RE JOINT STIPULATION TO CONTINUE THE TRAIL AND OTHER DEADLINES** |

On August 10, 2026, the Parties filed a Joint Stipulation to Continue the Trial date and Other Deadlines in the above-entitled case.

The Parties set forth that good cause exists for the requested continuance of the trial date and other deadlines in order to engage in meaningful and further discovery and attend the scheduled mediation and trial in the matter.

The Court, having considered the parties' stipulation and finding good cause therefore, hereby GRANTS the stipulation and ORDERS as follows

1. The Trial in the above-captioned matter, currently set for currently set for April 19, 2027, at 9:00 a.m., to May 24, 2027, at 9:00 a.m., or a date thereafter to be determined by the Court;

2. Final Pretrial Conference in the above-captioned matter, currently set for March 26, 2027, at 3:00 p.m., to May 7, 2027, at 3:00 p.m., or a date thereafter to be determined by the Court;

3. The Parties hereby agree to recalculate all discovery, discovery motion cut-off dates, all other motion cut-off dates, expert discovery cut-off dates, and associated trial and trial preparation deadlines, such that all dates flow from the new trial date as indicated in the worksheet attached as **Exhibit A** to the Joint Stipulation filed herewith.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE