SHANNON L. GUSTAFSON (SBN 228856)
LYNBERG & WATKINS
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR JAMES, STACEY ABBOTT<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO, et al<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25-cv-00140-WLH (SHK)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that Richard Copeland may serve as the Panel Mediator in the above-captioned case. Karla Fonseca (Lynberg & Watkins) (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on October 29, 2026 (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: ____________________

Dated: ____________________ ____________________
Attorney For Plaintiff ____________________

Dated: August 31, 2026 /s/ Kaveh Navab
Attorney For Plaintiff Arthur James & Stacey Abbott

Dated: August 28, 2026 /s/ Shannon L. Gustafson
Attorney For Defendant County of San Bernardino, et al

Dated: ____________________ ____________________
Attorney For Defendant ____________________

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*